UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION

JOHN H. AUTREY,

            Plaintiff,                    Civil Action

        -vs-                              No. 10-10189-

Detroit Police Officer DARRYL OSBORNE,
Detroit Police Officer JOHN F. KENNEDY, badge S-168
Detroit Police Commander BRIAN R. STAIR,
Detroit Police Deputy Chief CHESTER LOGAN,
Detroit Police Asst. Chief ROBERT DUNLAP,
Detroit Police Chief of Police ELLA BULLY-CUMMINGS,
The CITY OF DETROIT, a Municipal Corporation,

            Defendants.
_____/


            The Deposition of JOHN F. KENNEDY, taken

before me, Darlene K. May, CSR-6479, a Notary Public, within

and for the County of Oakland, (Acting in Wayne), State of

Michigan, at 660 Woodward Avenue, 1650 First National Building,

Detroit, Michigan, on Tuesday, September 14, 2010.


APPEARANCES:

     ROBINSON & ASSOCIATES, P.C.
     BY:  DAVID A. ROBINSON, ESQ.
     28145 Greenfield Road, Suite 100
     Southfield, Michigan 48076
     (248) 423-7234

        Appearing on behalf of Plaintiff,

**John F. Kennedy**                                    **September 14, 2010**

APPEARANCES (Continued):


        CITY OF DETROIT - LAW DEPARTMENT
        BY:  JERRY L. ASHFORD, ESQ.
        660 Woodward Avenue
        1650 First National Building
        Detroit, Michigan 48226
        (313) 237-3089

            Appearing on behalf of Defendants.

John F. Kennedy                          September 14, 2010

                                                Page 3

1                       I N D E X

2

3    WITNESSES:                                    PAGE

4    JOHN F. KENNEDY

5           Examination by Mr. Robinson              4

6           Examination by Mr. Ashford              92

7

8

9

10   EXHIBIT:            DESCRIPTION              MARKED

11   No. 1              Memo Dated 1/22/08           32

12   No. 2              6/8/07 Investigator's Report 34

13   No. 3              Detroit Police Web Manual    54

14

15

16

17

18

19

20

21

22

23

24

25

John F. Kennedy                                    September 14, 2010

1                    Detroit, Michigan

2                    Tuesday, September 14 2010

3                    10:26 a.m.

4                        -   -   -

5                    JOHN F. KENNEDY

6       was thereupon called as a witness herein, and after

7       having been first duly sworn to tell the truth, the

8       whole truth and nothing but the truth, was examined and

9       testified as follows:

10                       -   -   -

11                   MR. ROBINSON:  This deposition is taken

12       pursuant to Notice and to be used for any and all

13       purposes under the applicable Rules.

14

15                   EXAMINATION

16   BY MR. ROBINSON:

17   Q.   State your name for the record, sir.

18   A.   John Fitzgerald Kennedy.

19   Q.   What's your date of birth?

20   A.   7-24-1965.

21   Q.   You're currently a member of the Detroit Police

22       Department?

23   A.   Yes.

24   Q.   And where are you assigned?

25   A.   I'm assigned to personnel and assigned out to the Detroit

John F. Kennedy                                     September 14, 2010

 1          Police, Lieutenants and Sergeants Association.

 2     Q.   Have you ever had your deposition taken before?

 3     A.   Yes.

 4     Q.   More than once?

 5     A.   I believe so.

 6     Q.   Can you tell me about those things, those times?

 7     A.   Both lawsuits had to deal with use of force.

 8     Q.   Okay.  I'm going to get back to that.

 9               The court reporter is here, nice

10          gorgeous court reporter, Darlene May.  And she is going

11          to take down on this machine everything that you and I

12          say.  It's important that when you hear my question, that

13          your response be verbal so that she can keep an accurate

14          record of everything that we talk about.  If you don't

15          understand something that I say, let me know.  Okay?

16     A.   Yes.

17     Q.   Now, I want to get your background as a police officer.

18          And just let me, without having to do the math, how old

19          are you?

20     A.   45.

21     Q.   You became a police officer at what age?

22     A.   A sworn police officer in -- I was 28.

23     Q.   Okay.  Working your way back from personnel assigned out

24          to lieutenant sergeants' association, when did you go to

25          personnel?  What year?

John F. Kennedy                                September 14, 2010

 1   A.   That would be January of 2009.

 2   Q.   And I'm sorry.  I should've asked.  What is your rank?

 3   A.   Sergeant.

 4   Q.   And from 2009 until the present, you've been at the

 5        personnel signed out to LSA?

 6   A.   That's correct.

 7   Q.   When you went to personnel, what was your job assignment?

 8   A.   Well, that's where I'm at, as far as personnel, that's

 9        where they transfer me to be a delegate or a union

10        official for the LSA.  So I've never actually worked in

11        personnel.

12   Q.   How did you get that job?

13   A.   I was elected by the -- an election done by the

14        Lieutenants and Sergeants Association.

15   Q.   What do you do as a delegate?

16   A.   I am the sergeant at arms for the Lieutenants and

17        Sergeants Association.

18   Q.   And what do you do as a sergeant at arms?

19   A.   In that function I am to handle grievances that LSA

20        members have against violations of the contract with the

21        city of Detroit and any other functions that the

22        president of the association needs me to handle.

23   Q.   Okay.  And your term is from what to what?

24   A.   It's a two-year term.  It started January of 2009 and it

25        will conclude, if I'm not reelected, December 31st of

John F. Kennedy                                    September 14, 2010

```
 1        this year.
 2   Q.   Okay.  Do you have any police responsibilities outside of
 3        the LSA?
 4   A.   I'm a sworn police officer.  So I still have functions as
 5        a police officer.
 6   Q.   And let me get the understanding.  On duty is this your
 7        assignment, LSA?
 8   A.   That's correct.
 9   Q.   Would you be subject to, if a need arose, say, to do a
10        parade detail or something like that?  Something like
11        that?
12   A.   I would say no.
13   Q.   But you would be subject to recall or something like that
14        if there was some kind of riot or something?
15   A.   That's correct.
16   Q.   And I take it in this position you don't wear a uniform?
17   A.   That's correct.
18   Q.   Now, where were you prior to being transferred to
19        personnel?
20   A.   Internal Affairs.
21   Q.   And let me ask you a question.  Has this LSA assignment
22        always been worked out of personnel?
23   A.   No.  In my particular case, they transferred me to
24        personnel from Internal Affairs.
25   Q.   Okay.  But that was specific to working in your role as
```

John F. Kennedy                                    September 14, 2010

Page 8

```
 1         the sergeant at arms for LSA?

 2    A.   No.  No, it isn't.

 3    Q.   So how does that work?

 4              Because -- let me just explain to you,

 5         it was my understanding that DPOA and LSA were like

 6         unions that were even housed in, you know, locations that

 7         had nothing to do with the police department.

 8    A.   That's correct.

 9    Q.   So I don't understand the relationship.

10    A.   Every elected official, irregardless to if they're the

11         DPOA or LSA has a parent command and they are assigned

12         out from their parent command to the union.

13    Q.   Okay.  But where do you report to work?

14    A.   The union office.

15    Q.   And where is that?

16    A.   28 West Adams.

17    Q.   Okay.  28 West Adams?

18    A.   Suite 700.

19    Q.   Now, is that across the street from where personnel is?

20    A.   No, it is not.

21    Q.   Personnel is on what street?

22    A.   Sherwood.

23    Q.   Sherwood.  Sherwood over on the east side?

24    A.   That's correct.

25    Q.   So where personnel used to be on Elizabeth and -- I
```

RELIANCE COURT REPORTING
(313) 964-3611

John F. Kennedy                                    September 14, 2010

```
 1          forget the street that's just --

 2    A.    Park.

 3    Q.    Park.  Personnel is not there anymore?

 4    A.    For a long time.

 5    Q.    Okay.  So is there any police department business carried

 6          on in that old building?

 7    A.    To my knowledge, no.

 8    Q.    So personnel now is at Sherwood and what?

 9    A.    It would be north of Six Mile.  East McNichols.

10    Q.    All right.  That makes sense.  So when did you run for

11          office?

12    A.    That would be September of 2008.

13    Q.    And why did you run for office?

14    A.    I was asked.

15    Q.    Asked by whom?

16    A.    I can't think of -- it was several people that asked me.

17          One was Sergeant Debra Fears, one was sergeant -- it

18          escapes me.

19                    Steve Allen, Steven Allen.  Those were

20          the two that I know right off the top of my head.

21    Q.    Where did you know Debra Fears from?

22    A.    Court section.

23    Q.    And Steven Allen?

24    A.    Personnel.  I'm sorry, property section.

25    Q.    Now, when did you first go to Internal Affairs?
```

John F. Kennedy                                    September 14, 2010

 1   A.   That would be January of 2003.

 2   Q.   And did you stay at personnel -- I'm sorry.  Internal

 3        Affairs from '03 to '09?

 4   A.   Yes.

 5   Q.   Was there any assignments, even temporary assignments

 6        being assigned out from 2003 to 2009?

 7   A.   Yes, there were.

 8   Q.   Tell me about those.

 9   A.   I was assigned out to narcotics for -- I think it was

10        three weeks.

11   Q.   What was that for?

12   A.   Due to my previous expertise in a certain area, the

13        supervisors were all on furlough and they needed a

14        supervisor to come in and run one of the crews while

15        these individuals were on furlough and they dug down deep

16        and found me.

17   Q.   What was your expertise?

18   A.   I was a supervisor that knew morality and vice work.

19        That was my previous assignment for six, seven years

20        prior to that.

21   Q.   Now, for the six years other any assignments out?

22   A.   No.

23   Q.   That was for three weeks.  When did that occur?

24   A.   That was in 2005.  That was the year my wife died, in

25        2005.

John F. Kennedy                                    September 14, 2010

```
 1   Q.   What specifically did you have to do?

 2   A.   I ran a group of individuals to do morality work.  That

 3        is, we did the locking and arresting of prostitutes,

 4        inspections of liquor establishments.  OTE, which stands

 5        for offer to engage operations where individuals solicit

 6        decoys for the purposes of prostitution, which we

 7        impounded their cars.  I think that just about covers it.

 8        And arrest the prostitutes in and off itself.

 9   Q.   Now, the people that you replaced temporarily, who would

10        those supervisors have been, if you know?

11   A.   I don't know.

12   Q.   Who were you assigned to supervise?  What individuals?

13   A.   Oh, I don't remember.

14   Q.   You were assigned to supervise a crew?

15   A.   Yes.

16   Q.   Why was that so important that you -- and I understand

17        you said you had this expertise.

18             But was there some particular event that

19        was happening such that it took someone of your expertise

20        to be assigned out three weeks for that specific

21        purpose?

22   A.   I don't know.

23   Q.   And who came to you and said you're going to do this?

24   A.   Commander Stair, who is the commander in charge of

25        Internal Affairs, indicated that I think it was -- I
```

John F. Kennedy                                    September 14, 2010

                                                              Page 12

     1          don't know if she was an inspector, Jan Johnson, or

     2          Commander Jan Johnson requested that I be assigned out

     3          for this purpose.

     4    Q.    Did Jan Johnson name you or did she just say I need

     5          somebody?

     6    A.    Me.

     7    Q.    Did you ever work for Jan Johnson before?

     8    A.    No.

     9    Q.    And she was an inspector over at narcotics?

    10    A.    I don't know if she was an inspector or commander.  I

    11          can't remember.

    12    Q.    But she was in narcotics?

    13    A.    Yes.

    14    Q.    Now, traditionally, for the assignment of morality, that

    15          would all come out of vice, right?

    16    A.    Yes.  Vice was underneath narcotics.

    17    Q.    Vice was underneath narcotics?

    18    A.    That's correct.

    19    Q.    So, now, your experience at Internal Affairs, what was

    20          your rank?

    21    A.    Sergeant.

    22    Q.    And when you got there, you were a sergeant?

    23    A.    That's correct.

    24    Q.    Now, let me ask you, professional accountability section,

    25          is that another name for Internal Affairs today?

John F. Kennedy                                September 14, 2010

1   A.   Internal Affairs used to be called Professional

2        Accountability Bureau back in 2003.  And there was

3        several reorganizations where it went from Internal --

4        Professional Accountability Bureau to Internal Affairs

5        Section to Internal Affairs.

6   Q.   And 2007, what was it?

7   A.   Internal Affairs.

8   Q.   You became a police officer in what year?

9   A.   19 -- sworn police officer in 1993.  February 22nd.

10  Q.   Now, you keep saying sworn police officer.  Were you

11       something else?

12  A.   Yes.  I was a civilian employee working for the police

13       department from January 14th, 1991 until I was hired in

14       as a police cadet February 22nd, 1993.

15  Q.   And when you say a "police cadet," are you talking about

16       a recruit in the academy?

17  A.   Yes.

18  Q.   As a civilian employee, where'd you work?

19  A.   I worked for victim services.

20  Q.   And what was that?

21  A.   Where my function was to transport individuals of sexual

22       assault, armed robbery and child abuse back and forth to

23       court and explain the court proceeding as far as give

24       them an elementary version as to what they are going

25       through in that court proceeding.

John F. Kennedy                                      September 14, 2010

 1    Q.    Okay.  Now, when you got to IA in 2003, what were your

 2          various assignments?

 3    A.    To investigate allegations of criminal misconduct and

 4          also violations of the department's rules and

 5          regulations.

 6    Q.    Now, did you ever work intelligence?

 7    A.    No.

 8    Q.    So you had officers working for you or not?

 9    A.    (No response.)

10    Q.    You didn't have a crew, did you?

11    A.    No.  No, I did not.

12    Q.    So did you do the same job for the six years rather than

13          the three months that you were away to investigate

14          allegation of criminal misconduct, rules, violation?

15    A.    Yes.

16    Q.    Who were your supervisors?

17    A.    When I first got to Internal Affairs, it was Inspector

18          Fred McClure.  Then I reported to a sergeant -- well, now

19          Lieutenant Candace Kalimi.  And then after McClure I

20          think that was Steve Dolunt, Walter Long.  Then it became

21          Lieutenant Sydney Holmes, Lieutenant Pastel Williams, and

22          then I believe, finally, it would've been Lieutenant

23          Whitney Walton and Commander Brian Stair.

24                      And then there were like three or four

25          deputy chiefs that were in charge as well that gave me

John F. Kennedy                                September 14, 2010

```
 1       assignments to do.
 2   Q.  Who were those?
 3   A.  Donald Parshell, Willie Burden, Fred Campbell, Walter
 4       Martin and I think that's all of them.
 5   Q.  Parshell, Burden, Campbell?
 6   A.  And Walter Martin.
 7                     Oh, I'm sorry, Gary Brown.
 8   Q.  And in 2007, May of 2007, what deputy chief?
 9   A.  None.
10   Q.  There was no deputy chief in May of 2007?
11   A.  No.  The commanding officer was Commander Brian Stair and
12       second in command would've been Lieutenant Whitney.
13   Q.  Whitney?
14   A.  Whitney Walton, W-a-l-t-o-n.
15   Q.  Did you ever meet with any chief of police during 2003 to
16       2009 on your Internal Affairs for any purpose?
17   A.  I can't recall.  I'm sure I did, though.
18   Q.  This case concerning Mr. Autrey, did you ever meet with
19       any chief of police?
20   A.  No.
21   Q.  Now, where did you come from when you -- what was your
22       assignment before Internal Affairs?
23   A.  Ninth Precinct, patrol.
24   Q.  And you had been there for how long?
25   A.  About six months.
```

John F. Kennedy                                    September 14, 2010

 1   Q.   And when you say "patrol," that was through radio runs,

 2        writing tickets?

 3   A.   That's correct.  I was supervisor.  I was patrol

 4        supervisor.

 5   Q.   And then prior to that where were you?

 6   A.   Prior to that I was assigned to the vice section.

 7   Q.   And were you a supervisor there?

 8   A.   Supervisor and police officer.

 9   Q.   So you got promoted while you were at vice?

10   A.   That's correct.

11   Q.   When were you promoted?

12   A.   May 4th of 2001.

13   Q.   So when did you first go to vice?

14   A.   1995.

15   Q.   How did you get to vice?

16   A.   The chief of police at that time, Mike McKinnon, asked me

17        where did I want to go.  I was assigned to his detail and

18        I was no longer needed on his detail and he asked me

19        where did I want to go.

20   Q.   What detail were you assigned with Ike McKinnon?

21   A.   Chief surveillance and body guard.

22   Q.   So back up now.  You went to vice section.  You were

23        promoted in 2001.  You went to vice in 1995?

24   A.   That's correct.

25   Q.   You became a police -- sworn police officer in 1993?

John F. Kennedy                                     September 14, 2010

 1  A.   That's correct.

 2  Q.   Where did you work in 1993 when you were first

 3       assigned?

 4  A.   Tactical services section as a patrol officer.

 5  Q.   And what did they do?

 6  A.   They were citywide response unit and we did basic support

 7       for all the precincts that were shorthanded.

 8  Q.   Right out of the academy?

 9  A.   Yes.

10  Q.   And you stayed there for how long?

11  A.   Until, maybe, mid-1994.

12  Q.   Then, in 1994, where'd you go?

13  A.   From '94 until I was transferred to vice I was assigned

14       to the chief's office.

15  Q.   How did you get that job?

16  A.   Former Commander Simmons.  I can't remember what his

17       first name was.  He came to me over at TSS.  He

18       remembered me.

19  Q.   David Simmons?

20  A.   David Simmons.  Yes.  He approached me.  He was assigned

21       to the chief's office at that time and he approached me.

22       He said he knew what kind of worker I was and he needed

23       me for special detail for Ike McKinnon.

24  Q.   I apologize.  Dave knew you from where?

25  A.   He knew me from being a police reserve assigned to him at

John F. Kennedy                                    September 14, 2010

```
 1        crime prevention.

 2   Q.   So in 1994 Dave approached you?

 3   A.   Yes.

 4   Q.   He sought you out at tactical services section?

 5   A.   That's correct.

 6   Q.   And he asked whether or not you wanted to come to the

 7        chief's office?

 8   A.   That's correct.

 9   Q.   And your job at the chief's office was surveillance?

10   A.   Surveillance and personal protection for Chief McKinnon

11        and his family.

12   Q.   Who else worked there with you?

13   A.   The initial ones were Herman Perry.  He was the sergeant

14        that was in charge of the crew and Michael Baker.

15   Q.   And you did that from 1994 until 1995; is that correct?

16   A.   Yes.

17   Q.   What was the reason for leaving the chief's office to go

18        to vice?

19   A.   They were -- the unit was getting larger.

20   Q.   Which unit?

21   A.   The surveillance unit.  And some of the hours that they

22        wanted us to work, I couldn't do.  So he asked me where I

23        wanted to go.

24   Q.   And you're saying he.  He who?

25   A.   Well, actually, it would've been Sergeant Perry asked me
```

John F. Kennedy                                    September 14, 2010

```
 1          where did I want do go.  And he gave me three options
 2          which was back to tactical services section, violent
 3          crimes task force or vice.
 4     Q.   And you said vice?
 5     A.   Yes.  Because I knew the sergeant there.
 6     Q.   Who was the sergeant?
 7     A.   George Hall.
 8     Q.   And how did you know George Hall?
 9     A.   From my actual job working at a auto parts store and he
10          would come in and give me police stories.
11     Q.   Now, you became a reserve when?
12     A.   '88.  1988.
13     Q.   In 1988 you were how old?
14     A.   23.
15     Q.   And you were reserve for how long?
16     A.   Up until I joined the police department, I think.
17     Q.   Okay.  Do you have any relatives on the police
18          department?
19     A.   No.
20     Q.   But you knew a lot of people before you became --
21     A.   Yes.
22     Q.   -- a police officer?
23     A.   Yes.
24     Q.   Obviously.  When you were a reserve is that when you
25          worked at the auto parts store?
```

John F. Kennedy                                    September 14, 2010

```
 1   A.   Yes.

 2   Q.   And what auto parts store?

 3   A.   Specter Auto Parts, 8121 Livernois.  It's not there

 4        anymore.  It's Richards Auto Parts now, I believe.

 5   Q.   How long did you work there?

 6   A.   Up until I joined the police department.  I think I

 7        worked there 11 years from 1982 to 1993.

 8   Q.   And when'd you graduate from high school?

 9   A.   1983.

10   Q.   Where'd you go to high school?

11   A.   Northwestern.

12   Q.   Any college?

13   A.   Yes.

14   Q.   Where?

15   A.   Detroit College of Business, which is now Davenport

16        University and Lewis College of Business.

17   Q.   Did you get degrees?

18   A.   Three.

19   Q.   Which degrees do you have?

20   A.   I have a degree in computer information systems, business

21        administration and accounting.  All three are associates.

22   Q.   Why did you want to become a cop?

23   A.   I just always wanted to be one.  Adam-12, you know, stuff

24        like that.

25   Q.   Now, how did you get to Internal Affairs?  Did I ask you
```

John F. Kennedy                                  September 14, 2010

 1      that?

 2  A.  No, you didn't.  I was approached by a lieutenant that

 3      worked at Internal Affairs, Lieutenant Roosevelt

 4      Lawrence.

 5  Q.  He and I were in the academy together.

 6  A.  Oh, okay.  And he asked me if I was interested in coming

 7      to work at Internal Affairs.  Actually, he asked me if I

 8      wanted to come work -- because I think he was in charge

 9      of surveillance or something like that.

10  Q.  All right.  And again, I'm sorry.  By the time you got to

11      Internal Affairs it was 2003 and you were promoted in

12      2001.  So you were already a sergeant.  Was Roosevelt a

13      lieutenant at the time?

14  A.  I can't say.  I think he was.  I'm not for sure.

15  Q.  So how did you know Roosevelt?

16  A.  Crime Prevention.

17  Q.  Now, you said you had met Dave at -- when Dave was -- was

18      David at Crime Prevention?

19  A.  That's where I normally saw him, in the Crime Prevention

20      office.  So I just assume that's where he worked.

21  Q.  At the time you met Dave were you reserve?

22  A.  Yes.

23  Q.  So you were reserve when you first met Roosevelt

24      Lawrence?

25  A.  Yes.

John F. Kennedy                                    September 14, 2010

                                                        Page 22

 1  Q.   And he just took a shine to you, apparently?

 2  A.   I guess.

 3  Q.   Now, let's talk about all the training that you've had as

 4       a police officer.  You went to the academy, of course?

 5  A.   Yes.

 6  Q.   And that was 16 weeks?

 7  A.   I thought it was 18.

 8  Q.   Okay.  You had training in the academy.  Outside of the

 9       academy, what training have you had?

10  A.   Hostage negotiation, executive protection, first

11       responders, terrorism training, raid entry training,

12       tactical shotgun training, interrogation and techniques

13       training, cyber crimes training.  I've had a lot more.  I

14       just can't remember them all.  I've been through a lot of

15       training.

16  Q.   Now, when you went to Internal Affairs in 2003, did you

17       receive any training?

18  A.   Yes.  I think that was one of the classes was the

19       interrogation techniques training.

20  Q.   You're uncertain about that?

21  A.   No.  That's where I did go.

22  Q.   Where did you go?

23  A.   It was a class sponsored by the department, given by

24       Zeiwagler.

25  Q.   He's a police officer?

John F. Kennedy                                   September 14, 2010

Page 23

```
 1    A.    Oh, it was an agency that was brought in to teach the
 2          class.
 3    Q.    How long was the class, a day or something?
 4    A.    A week.
 5    Q.    Okay.  Any other training?
 6    A.    I have had some but I just can't remember at this point.
 7    Q.    Any other training in Internal Affairs specifically?
 8    A.    Yeah.  I know I've been to a couple of other training.  I
 9          just don't know what the classes were right now.  I don't
10          know.
11    Q.    Now, in your other assignments, tactical service section,
12          you were a police officer and you were support for the
13          other precincts, et cetera, correct?
14    A.    Yes, sir.
15    Q.    So you all would've gotten radio runs, but that was the
16          exception more than the rule; is that accurate?
17    A.    Yes.
18    Q.    If something happened, then you guys would respond?
19    A.    That's correct.
20    Q.    So you didn't do any -- you just made arrests?
21    A.    Yes.
22    Q.    Responded to, maybe barricade gun man situations, things
23          like that?
24    A.    Yes.  And in certain instances we were put in the system
25          to answer police runs when certain precincts were
```

John F. Kennedy                                    September 14, 2010

1        shorthanded.

2    Q.    Chief's office you did surveillance and personal

3          protection.  So you didn't really need to do reports and

4          like PCRs or anything like that?

5    A.    No.

6    Q.    When you went to vice, what exactly did you do at vice?

7    A.    As a police officer I wrote tickets to prostitutes,

8          undercover operations, enforced all the liquor laws in

9          the state of Michigan, city, state and local.

10         Surveillance, part of a raid crew when we did raids on

11         after hours establishments.  Arrests.  Police reports,

12         other types of reports.  I think that just about covers

13         it.

14   Q.    And when you became a sergeant, how did that change?

15   A.    It didn't vary.  I still had the same functions but also

16         was responsible for the crew that was under me.

17   Q.    And then when you went to Internal Affairs you had

18         interrogation training and some other training, but you

19         don't exactly remember what?

20   A.    Yes.  I know I did.  I had some more training.  I just

21         can't remember the classes.

22   Q.    If you remember while we're talking, shoot it out to me.

23   A.    Oh, okay.

24   Q.    Now, your job in Internal Affairs was to investigate

25         police officers and other City employees for criminal

```
 1         activities?
 2   A.    That's correct.  I didn't say other City employees.  You
 3         added it, but that is correct.
 4   Q.    Right.  Is there a difference in your opinion in
 5         investigating a police officer for a crime versus a
 6         regular citizen?
 7   A.    No, it isn't.
 8   Q.    As an investigator investigating crimes, you know,
 9         characteristically, I guess you would call the
10         investigator a detective.  Would you agree with that?
11   A.    Not necessarily, no.
12   Q.    Okay.  What is the role of an investigator investigating
13         alleged crime?
14   A.    Like investigate it, you find if there was a crime that
15         was committed and if the person that you're investigating
16         committed the crime, interviewing witnesses, canvassing
17         and formulating enough information to present possible
18         charges to the local prosecutor for possible criminal
19         recommendation.
20   Q.    When you studied for the promotional examination, what
21         materials did you study?
22   A.    The Detroit Police Manual and then there were several
23         other books that were part of the bibliography for
24         studying.  I don't remember the names right now.
25   Q.    I remember in the old days there was something called
```

John F. Kennedy                                    September 14, 2010

 1          Green Monster, Fundamentals for Criminal Investigation.

 2          Did you study anything like that?

 3     A.   I don't remember.

 4     Q.   Did you receive any specific classes on investigating

 5          police officers for crimes?  Specific to police officers,

 6          yes or no?

 7     A.   I can't recall.

 8     Q.   Now, the only investigative experience -- you didn't have

 9          any investigative experience until you got to Internal

10          Affairs, right, up to that point?

11     A.   Some.

12     Q.   I went over that.  What investigative experience did you

13          have?

14     A.   Well, when I worked at vice section, we did surveillance

15          and we did investigation and reports there.  We did

16          warrant requests to the prosecutor's office.  There was a

17          minute, a small level of the investigations that I did

18          prior to coming to Internal Affairs.

19     Q.   But that's the extent of it, right?

20     A.   Yes.

21     Q.   And there was no specific training when you went to

22          Internal Affairs that you got in investigating police

23          officers for misconduct versus citizens, right?

24                    MR. ASHFORD:  Objection.  Asked and

25          answered.

1    BY MR. ROBINSON (Continued):

2    Q.   You can answer it again.   No specific thing?

3    A.   I can't recall.

4    Q.   You talked about the role of an investigator.  Run those

5         past me again.

6    A.   Well, you find out if a crime did happen, interview

7         witnesses, canvas.  Find out who did it and if so, put a

8         warrant package together, present it to the prosecutor's

9         office for warrant recommendation or criminal

10        recommendation.

11   Q.   Now, did you review any records in order to prepare for

12        your deposition today?

13   A.   Briefly.

14   Q.   What records did you review?

15   A.   My initial investigation and report that I had prepared

16        in relationship to former Commander John Autrey.

17   Q.   Do you have that with you?

18   A.   Yes.

19   Q.   May I see that?

20             Now, did you also investigate the claim

21        against Todd Bettison.

22   A.   Yes, I did.

23   Q.   Both of those are assigned to you?

24   A.   Yes.

25   Q.   Now, how did you get this assignment?

John F. Kennedy                                    September 14, 2010

Page 28

```
 1   A.   I was on alert, which is at Internal Affairs they have an

 2        alert team where individuals respond out to incidents

 3        over a 24-hour period for one week and I received a call

 4        from Commander Stair in the early morning hours, April

 5        of -- it was '07, April of '07 to respond to the area of

 6        Seymore and Hayes because Commander Bettison had been

 7        involved in an accident and it appears that he may have

 8        been drinking.

 9   Q.   Now, when you say it appears that he may have been

10        drinking, when did you learn that?

11   A.   That was when Commander Stair told me that over the

12        phone.

13   Q.   And that's what Stair told you over the phone?

14   A.   Yes.

15   Q.   And when you say you were on alert, you were at home or

16        something like that, but you were still subject to 24 --

17   A.   Call.

18   Q.   Call?

19   A.   Yes.

20   Q.   And then you received a call.  What did you do?

21   A.   I got up.  Took a shower, put some clothes on and I

22        responded to the area of Seymore and Hayes.

23   Q.   And I apologize.  Do you remember what time it was that

24        you received that call?

25   A.   It was like 5:00 or 6:00 in the morning.  Something like
```

John F. Kennedy                                September 14, 2010

 1         that.

 2    Q.   Where were you coming from, home?

 3    A.   Home.

 4    Q.   And without telling me your address, are you west side or

 5         east side?

 6    A.   West.  Northwest.

 7    Q.   When you got to Seymore and Hayes, what did you see?

 8    A.   There were two marked scout cars with their overhead

 9         lights working on the two intersections, blocking the

10         intersection.  There was a tow truck getting ready to

11         hookup the -- it was a black Chevrolet Impala with an "X"

12         plate on it, City of Detroit plate on it that had

13         extensive accident damage to it.  And prior to the tow

14         truck driver hooking the vehicle up, I asked him, let me

15         take a look at the car and I illuminated with my

16         flashlight, looked in the inside of it and in the rear

17         driver's side I saw a top to what appeared to be some

18         type of alcoholic beverage bottle with the letters "S",

19         "H" on top of it.  And when I saw that, I took a picture

20         of it.

21    Q.   Do you have a picture of that with you?

22    A.   No.

23    Q.   Is that in your file?

24    A.   No.  I don't work at Internal Affairs anymore so I don't

25         have access to those files.

John F. Kennedy                                September 14, 2010

1   Q.   Go ahead.  Took a picture?

2   A.   I took a picture of it and then I contacted Commander

3        Stair by cell phone and I said that, "Yes, I see a liquor

4        bottle in the backseat."

5   Q.   A liquor bottle?

6   A.   A liquor top in the back of Commander Bettison's car and

7        it appears that he was HBD.

8   Q.   What is HBD?

9   A.   Had been drinking.

10  Q.   Now, you assumed that just by virtue of seeing a bottle

11       top?

12  A.   Yeah.  That was just an assumption.

13  Q.   And what was that, you call it?  It had letters on it?

14  A.   "S", "H".

15  Q.   "S", "H".  And you took a picture.  Did you take a

16       picture of anything else?

17  A.   I took a picture of the car and I think I took a couple

18       pictures of the accident area from a long view.

19  Q.   Okay.  Were you by yourself?

20  A.   There were other -- I was the only person from Internal

21       Affairs there, yes.

22  Q.   And did you interview any people on the scene?

23  A.   No.  Not to the fact that I was taking statements or

24       anything because I knew the officers were going to be

25       responsible for doing police reports.  So they were the

John F. Kennedy                                September 14, 2010

 1      only two.  There was four officers there and then the toe

 2      tuck driver.

 3                  MR. ROBINSON:  Jerry, do you have a copy

 4      of this picture that he's talking about?

 5                  MR. ASHFORD:  If you don't, David, I

 6      don't.  So I have to -- I can ask for it.

 7                  MR. ROBINSON:  I know I don't have it.

 8      I have to inquire.  It's the first time hearing about the

 9      picture that he took.

10                  MR. ASHFORD:  I'll inquire and try to

11      get it to you as soon as possible.

12  BY MR. ROBINSON (Continued):

13  Q.  And did you interview the officers at that time, that

14      were at the scene?

15  A.  I don't believe I did.

16  Q.  What officers do you recall, if you do recall

17  A.  I know there was a white female.  I think her last name

18      was Sukey.  And her partner was a white male also.  His

19      name was Palmer and then there were two black officers,

20      Chuney and I can't remember who his partner was.  I want

21      to say his partner's name was Coleman.

22  Q.  And you say you don't recall whether or not you talked to

23      them?

24  A.  I mean, briefly.  I probably asked him what medic showed

25      up on scene because there was no EMS truck .there so

John F. Kennedy                                September 14, 2010

 1        Commander Bettison had already gone to the hospital.  And

 2        I probably asked what supervisor was handling this.

 3        Quick information stuff.

 4   Q.   Did you make notes?

 5   A.   I probably did, but I don't have the file so I don't

 6        know.

 7   Q.   But you would've kept your notes in the file, correct?

 8   A.   Yes.

 9   Q.   Now, it's my understanding that the accident actually

10        happened about 2:30.  Is that about accurate?

11   A.   I don't know.

12                    MR. ROBINSON:  Can we mark this?

13                    MR. ASHFORD:  No.  That's his copy.

14                    And you don't have another copy of this,

15        do you?

16                    MR. ROBINSON:  Why don't we mark the

17        original and make copies and take the original and stick

18        it back.  Is this your personal copy?

19                    THE WITNESS:  Yes.

20                    MR. ROBINSON:  Let's make a copy of his,

21        then, and we'll mark it.

22                    MR. ASHFORD:  All right.  Let's take a

23        break.  Off the record.

24                    (Recess taken.)

25                    (Deposition Exhibit Number 1, Memo

John F. Kennedy                                September 14, 2010

```
 1                     dated 1/22/08, was marked for

 2                     identification.)

 3                     MR. ROBINSON:  Back on the record.

 4      BY MR. ROBINSON (Continued):

 5      Q.    Plaintiff's Exhibit Number 1, is that the document that

 6            represents your investigation into this matter?

 7      A.    Yes.  One of the two.

 8      Q.    Okay.  You've got another one?

 9      A.    I don't have it.  But I did a misconduct report that

10            would've been done after Commander Autrey was charged

11            criminally by the prosecutor's office.  There was a

12            misconduct report that is done as well.

13      Q.    The misconduct is as far as administrative, prosecuting

14            administratively departmentally?

15      A.    Yes.

16      Q.    Is there a difference in any of the content between

17            misconduct report versus the report that's marked as

18            Exhibit 1?

19      A.    Generally the misconduct report is a brief synopsis of

20            the events that led up to the potential departmental

21            charges that would've been pursued against Commander

22            Autrey in relationship to this particular incident.

23      Q.    Okay.  Now, you did an Investigator's Report, which I

24            have.

25                     MR. ROBINSON:  And we can mark that.
```

John F. Kennedy                                    September 14, 2010

Page 34

```
 1                        (Deposition Exhibit Number 2,

 2                         6/8/07 Investigator's Report, was

 3                         marked for identification.)

 4   A.   Yes.

 5   BY MR. ROBINSON (Continued):

 6   Q.   Okay.  Now what is the purpose of an Investigator's

 7        Report?

 8   A.   It is the synopsis of the events -- of an incident that

 9        occurred wherein a named individual is being investigated

10        in relationship to a crime that had happened and then

11        this is presented to the prosecutor's office for criminal

12        recommendation.

13   Q.   Okay.  Now, how many of those had you prepared prior to

14        that time?

15                        MR. ASHFORD:  You want him to estimate?

16                        MR. ROBINSON:  Yes.

17   A.   I can estimate.  Maybe about 50.

18   BY MR. ROBINSON (Continued):

19   Q.   And in terms of preparing an Investigator's Report, I

20        assume that was no formal class or anything that you

21        received at Internal Affairs?  It was just going by what

22        people had done previous?

23   A.   Well, you take other individuals Investigator's Reports

24        and you eventually develop your own design or style that

25        you create, but it starts off with somebody else's.
```

```
1    Q.    Right.  You had never gone to a formal training for

2          preparing Investigator's Reports, correct?

3    A.    No.

4    Q.    Now, you got to the scene about 5:00 or 6:00.  And I'm

5          sorry.  I was trying to refresh your recollection as to

6          when it is the accident occurred.  Does that in Exhibit 1

7          help to refresh your recollection as to the time?

8    A.    Well, based upon somebody -- individual officer CRISNET'S

9          reports, I have one officer that says it came out

10         somewhere about 2:15 a.m.

11   Q.    And you arrived at 5:00 to 6:00 after getting a call from

12         Stair?

13   A.    Yes.

14   Q.    Now, the fact that the accident involved Bettison, who

15         was a commander, that is why it is that Internal Affairs

16         got involved.  Is my understanding correct on that?

17   A.    No.  You're incorrect.

18   Q.    Tell me why that is.

19   A.    If it involves a police officer department member, then

20         we would respond out to it as well.

21   Q.    And I apologize.  And I didn't mean to limit it to

22         Commander Bettison, the fact that a police officer was

23         involved in an accident that is what would've given alert

24         to Internal Affairs?

25   A.    Yes.
```

John F. Kennedy                                    September 14, 2010

```
 1   Q.   Because if it had just had been me, you probably wouldn't
 2        have been called, right?
 3   A.   Well, if you had crashed into a police car and the
 4        officers had been injured, some facet of Internal
 5        Affairs, probably force investigation side, would've
 6        responded.
 7   Q.   But if I had ran into the pole like Bettison did, you
 8        wouldn't have been called?
 9   A.   No.  I wouldn't have got woke up.
10   Q.   You would have continued in your dream stage and would
11        not have been interrupted.
12                  Now, the alert team is designed to, I
13        assume, get to the scene as quickly as possible given the
14        sensitive nature of the circumstances, correct?
15   A.   That's correct.
16   Q.   So if this accident happened at 2:15, in your
17        investigation, did you learn exactly who had been to the
18        scene and what had taken place at the scene prior to your
19        arrival?
20   A.   Not at the time that I initially responded.
21   Q.   But during the course of your investigation, you did, I
22        take it, right?
23   A.   Yes.
24   Q.   Now, as I understand it, you tell me whether I'm wrong.
25        Bettison has an accident.  There's a female,
```

John F. Kennedy                                    September 14, 2010

1           African-American female that hears and sees the accident.

2           Is she still at the scene when you get there?

3     A.    No.

4     Q.    There's an EMS person that arrived at the accident scene,

5           and, of course, he's no longer there when you get to the

6           accident, correct?

7     A.    That's correct.

8     Q.    Before your arrival, it's my understanding that a person

9           by the name of Sergeant Hayes came to the scene and

10          observed Bettison with the EMS, observed the car and

11          observed some empty Sutter Home alcohol bottles or wine

12          bottles; is that accurate?

13    A.    Yes.

14    Q.    My understanding is that the officers that you mentioned,

15          furthermore, Chuney, Palmer and Sukey, also had arrived

16          at the scene for the purposes of cornering off traffic

17          for all intents and purposes, correct?

18    A.    Yes.

19    Q.    And then there was an accident scene officer that also

20          came to the scene; is that accurate?

21    A.    Yes.

22    Q.    By the time you got there, was that accident officer

23          still there or was he gone?

24    A.    I believe he was gone.  I'm not for sure.

25    Q.    Okay.  So is it fair to say that this was a crime

John F. Kennedy                                    September 14, 2010

 1        scene?

 2    A.  It should have been maintained as a crime scene.

 3    Q.  Why is that?

 4    A.  Well, due to the severity of the commander's -- Commander

 5        Bettison or Todd Bettison's injuries, it should have been

 6        labeled as a crime scene and fatal squad should have came

 7        out, secured the location and been in charge of that

 8        particular scene.

 9    Q.  Now, I got a question for you.  You're familiar with the

10        department manual, correct?

11    A.  Yes.

12    Q.  And when you talk about crime scenes, tell me more about

13        that.  You know, what's the purpose of a crime scene.

14    A.  For the purposes of ... ?

15    Q.  Preserving evidence.

16    A.  Of preserving evidence and maintaining the integrity of

17        the scene for whatever particular entity would be

18        responsible for doing the investigation.  Would be able

19        to come in and do an accurate and thorough investigation.

20    Q.  So in a crime scene, would you expect to see yellow tape,

21        perhaps?

22    A.  If available, yes.

23    Q.  Would you expect to see the little yellow tepees that are

24        used to designate where evidence is located, evidence of

25        the crime is located, would you expect to see that?

John F. Kennedy                                    September 14, 2010

```
 1    A.   Yes.

 2    Q.   You know what I'm talking about?

 3    A.   If not, they would use something like a Styrofoam cup

 4         with a number on it or something to that effect.

 5    Q.   And the purpose is to do what?

 6    A.   To preserve the evidence.

 7    Q.   And you want to document where the evidence is for the

 8         purposes of making your case?

 9    A.   That's correct.

10    Q.   For all intents and purposes?

11    A.   Yes.

12    Q.   You as an investigator, you would ultimately expect,

13         would you not, the officer that has arrived at the

14         scene -- and in this case you said the accident

15         investigator.  Does your report reflect his name?

16    A.   Darryl Osborne.

17    Q.   Darryl Osborne.  Because this was his accident scene?

18    A.   Well, he was just a traffic car.  I don't know what his

19         level of training would've been.  I guess they brought

20         him over from another district for the purposes of doing

21         the accident report.

22    Q.   Am I right that Commander Serda was there, your report

23         reflects that, right?

24    A.   Yes.

25    Q.   Your report reflects that Osborne was there, correct?
```

John F. Kennedy                                    September 14, 2010

 1   A.   Yes.

 2   Q.   And your report reflects that Sergeant Hayes was there,

 3        correct?

 4   A.   Yes.

 5   Q.   So you had at least two supervisors and you had the

 6        accident investigator that was there prior to your

 7        arrival, correct?

 8   A.   Yes.

 9   Q.   And you said that it should've been treated like a crime

10        scene but it wasn't, correct?

11   A.   That's correct.

12   Q.   And that would've fallen under the responsibility of

13        either at least Commander -- Sergeant Hayes or Osborne;

14        is that accurate?

15   A.   I wouldn't put the onus on Osborne more so than the other

16        commanders that were there.

17   Q.   Now, apparently, not only Osborne did not treat it as a

18        crime scene, but neither did Serda or Hayes?

19   A.   Or Autrey.

20   Q.   True.  True.  Right.  And then, if I'm not mistaken, the

21        officers that, you know, were there to redirect traffic

22        or -- like Chuney, Coleman, I forget the other two.

23        Chuney and Coleman?

24   A.   Sukey and Palmer.

25   Q.   Sukey and Palmer, the average police officer like those

John F. Kennedy                              September 14, 2010

 1       at the scene of a B & E, let's say if there is blood or

 2       something on the windowsill, he or she has to protect

 3       that contamination, correct?

 4   A.  Yes.

 5   Q.  So they had a duty to -- because that's what your

 6       training is in the academy when you go to the crime

 7       scene, you protect the scene, correct?

 8   A.  Preserve.

 9   Q.  Preserve the evidence.  Now, was there anybody else at

10       the scene that I'm missing that came before you?

11   A.  That came before me?

12   Q.  Yes.

13   A.  If I could briefly, I could look and see if anyone else

14       had showed up prior to.

15   Q.  Go ahead.

16   A.  I don't recall any other names, no.

17   Q.  Now, does your report reflect the time line in terms of

18       the folks arrival at the scene?  We know the accident

19       allegedly happened about 2:15, correct?

20   A.  Yes.

21   Q.  So who would've arrived at the scene first?

22   A.  The first officers that were there were Officers Chuney

23       and Coleman.

24               Well, actually, based upon my

25       investigation, there were two other police officers that

John F. Kennedy                                    September 14, 2010

1        actually rode by the scene prior to it even becoming a

2        9-1-1 call.

3   A.   Okay.

4   Q.   Okay, I read that, too.  What are their names, if you

5        recall?

6   A.   Officers John Gardener and Jeremiah Durant.

7   Q.   Let me back up for a second.  Because when you got the

8        assignment from Brian Stair, did he give you any specific

9        directions other than, hey, let's go check it out?

10  A.   No.  That was it.

11  Q.   At any point in time during your investigation, did you

12       get any other directions from anybody?

13  A.   No.

14  Q.   Okay.  So you got two police officers that passed by the

15       scene.  And I understand you presented a warrant to the

16       prosecutor's office for something by virtue of the fact

17       that they had just passed by, didn't stop and render help

18       or something like that?

19  A.   That's correct.

20  Q.   What was the nature of that crime, that allegation?

21       Neglect of duty?

22  A.   Neglect of duty, I believe it was.

23  Q.   Did you come up with that on your own or did you -- were

24       you directed to investigate and write those guys up for

25       that?

```
 1   A.   I came up with it on my own during the course of my

 2        investigation.

 3   Q.   So Chuney and Coleman arrive and they get the run, right?

 4        They're dispatched?

 5   A.   Yes.

 6   Q.   Sukey and Palmer, did they come next?

 7   A.   I believe they said they arrived second.

 8                      I'm not for sure.  I believe -- I know

 9        that Chuney and Coleman showed up first and I'm not for

10        sure if the two other responding officers came and block

11        off the intersection and then Sergeant Hayes.  Or

12        Sergeant Hayes and the other officers.  If I had the

13        CRISNET reports the CRISNET reports are more defined as

14        far as their -- I'm sorry.  The police reports are more

15        defined as far as their arrival time.

16   Q.   You mentioned CRISNET.  Is that an acronym for

17        something?

18   A.   Yes.  But I have no idea.

19   Q.   Okay.  It's my understanding that -- is it Deputy Chief

20        Logan at the time?

21   A.   Yes.

22   Q.   Okay.  He never went to the scene, but he went to the

23        hospital?

24   A.   That's correct.

25   Q.   And he had gotten a call from Joyce Motley, from Eastern
```

John F. Kennedy                                September 14, 2010

```
 1           Operations, I think.  Is that right?

 2    A.     Yes.

 3    Q.     And so by her direction he went directly to the hospital?

 4    A.     Yeah, yes.  Because at the time each district had a

 5           deputy chief and two commanders and Deputy Chief Logan

 6           was Commander Bettison's, I believe, deputy chief.

 7    Q.     And as I understand it, Autrey went to the hospital too;

 8           is that correct?

 9    A.     Yes.

10    Q.     And I further understand it that they met Commander Serda

11           at the hospital?

12    A.     Yes.

13    Q.     And Serda left the hospital at the direction of Logan to

14           go to the scene; is that -- do I have that right?

15    A.     Yes.

16    Q.     And when Serda went to the scene, he came back and told,

17           did he not, what he saw at the scene, correct?

18    A.     I'm sorry.  Could you say that again?

19    Q.     When Serda came back from the scene, he went back to the

20           hospital, is that correct, and reported what he had seen

21           at the scene?

22    A.     That's correct.

23    Q.     And he reported to Logan the damage to the car and he

24           reported the fact that he had seen some empty wine

25           bottles, correct?
```

John F. Kennedy                                September 14, 2010

```
 1   A.   He notified Deputy Chief Logan and Commander Autrey about

 2        his observations.

 3   Q.   About the wine bottles and that stuff?

 4   A.   Yes.

 5   Q.   Now, let me ask you this question:  Evidence technicians,

 6        what are the purpose of evidence technicians?

 7   A.   To collect and document evidence.

 8   Q.   And evidence technicians would have done the things that

 9        I made reference to earlier.  If they had the yellow

10        tape, they would fork off the area?

11   A.   Yes.

12   Q.   If they had those yellow cones, they would put those down

13        where the evidence was, correct?

14   A.   That's correct.

15   Q.   And that would give notice to anybody else that came

16        there that it was a crime scene, correct?

17   A.   Yes.

18   Q.   And Commander Serda did not order the evidence techs,

19        apparently, when he came out and saw the wine bottles,

20        correct?

21   A.   To my knowledge, I don't believe he did.  Because they

22        never showed.  Or I have no documentation to say that he

23        had called them.

24   Q.   But to do so you order the evidence techs right away,

25        correct, as soon as possible?
```

John F. Kennedy                                    September 14, 2010

 1  A.   Yes.

 2  Q.   So they can get to the scene and they can protect the

 3       evidence, right?

 4  A.   That's correct.

 5  Q.   And make it an official crime scene, correct?

 6  A.   Yes.

 7  Q.   Now, Hayes, as I understand it, was the first supervisor

 8       to arrive, correct?

 9  A.   Yes.

10  Q.   And I think you said the onus would've fallen on Hayes or

11       Serda to make it a crime scene and not Osborne who was

12       the accident investigator, correct?

13  A.   Well, Commander Autrey was there, too.  He could've made

14       that call as well.

15  Q.   Well, back up.  We're not there yet.  Let me work through

16       this.  Because I really need a time line.  That's what

17       I'm trying to establish.

18            Sergeant Hayes, again, if he's the first

19       supervisor to the scene, then he takes charge of

20       everything over the police officers?

21  A.   That's correct.

22  Q.   So Hayes also noted in his information -- and I believe

23       he made a report, but it wasn't a report that day, it was

24       a report that was made some five days later or something

25       like that -- that he had seen wine bottles himself; is

John F. Kennedy                                    September 14, 2010

```
 1        that correct?

 2   A.   That's correct.

 3   Q.   And it is his individual supervisor responsibility to

 4        come and take over the scene and do whatever is necessary

 5        to protect evidence, correct?

 6   A.   Yes.

 7   Q.   And so Hayes never called for any evidence technicians as

 8        you understand it, correct?

 9   A.   Not to my knowledge, no.

10   Q.   Hayes never walked and preserved those evidence bottles,

11        he didn't put them on evidence themself, correct?

12   A.   No.

13   Q.   Serda didn't do it either?

14   A.   No, he didn't.

15   Q.   Police officers didn't do it either?

16   A.   No.

17   Q.   Now, police officers, whether evidence technicians or

18        not, come, they're still supposed to pick up the evidence

19        and take it to the station and put it on the evidence,

20        correct?

21   A.   Yes.

22   Q.   You have done that as a police officer plenty of times,

23        haven't you?

24   A.   Yes.

25   Q.   All right.  So now, Serda goes back and he reports to
```

 1        Logan what his findings were, correct?

 2   A.   I don't know if he actually went back or talked to him

 3        via telephone.

 4   Q.   But he reported what he saw?

 5   A.   Yes.

 6   Q.   Including the wine bottles?

 7   A.   Yes.

 8   Q.   Logan didn't give Serda any direction, "Go make that a

 9        crime scene, because we got to preserve the evidence."

10             Correct?  Logan didn't tell them that,

11        right?

12   A.   I know he did -- there was some discussion with Deputy

13        Chief Logan as to -- he didn't make any determination as

14        to it was or was not a crime scene.

15   Q.   And the highest ranking supervisor executive there

16        would've been Logan, correct?

17   A.   At the scene or at the hospital?

18   Q.   Not at the scene, but at the hospital.  Logan was the one

19        that was reporting back to people above him what was

20        going on.  Right?

21             MR. ASHFORD:  Do you know that?  If you

22        don't.

23   A.   I can't really ... .

24   BY MR. ROBINSON (Continued):

25   Q.   You would assume that, though, right.  I mean, Deputy

```
 1        Chief Motley called him so he's got to report back to her
 2        or report back to notification and control, right?  Got
 3        to tell somebody what is going on?
 4   A.   Well, I would say notifications do go up.  Now, if they
 5        were adhered to, I can't say.
 6   Q.   Because there was really no documentation for that, as I
 7        understand it, because there was no calls to notification
 8        and control because those calls are record and you didn't
 9        find any of those calls that were recorded that had
10        notification and control, correct?  You can answer that.
11                       MR. ASHFORD:  If you know.
12   A.   I had obtained the telephone conversations from
13        communications, notification and control, in relationship
14        to this incident.
15   BY MR. ROBINSON (Continued):
16   Q.   And those are still in the file, then, right?
17   A.   (No response.)
18   Q.   Should be?
19   A.   Should be.
20   Q.   And what did you hear in those?
21   A.   I know I heard Sergeant Hayes talking to one of the
22        sergeants at communications but he was told not to do
23        certain -- not to make certain calls.  I can't recall all
24        of them.
25                       MR. ROBINSON:  I need those calls.
```

John F. Kennedy                                    September 14, 2010

Page 50

1                         MR. ASHFORD:  They're in the file.

2                         MR. ROBINSON:  I'm sorry?

3                         MR. ASHFORD:  They're in the file that I

4          provided.

5                         MR. ROBINSON:  Were they on discs?

6                         MR. ASHFORD:  That's been a while.

7          Didn't I provide you with the IA file?

8                         MR. ROBINSON:  You've got the IA file

9          and all I've got --

10                        MR. ASHFORD:  Can we go off the record?

11                        MR. ROBINSON:  Sure.

12                            (Discussion off the record.)

13                        MR. ROBINSON:  Back on the record.

14         BY MR. ROBINSON (Continued):

15         Q.    Now, you had said that Hayes called notification and

16               controls, Hayes?

17         A.    Yes.

18         Q.    And you talked to somebody at communication and a

19               sergeant at communication?

20         A.    His name was Sergeant Joe Howard.  He has a real strange

21               voice.

22         Q.    And Joe Howard told him not to do certain things?

23         A.    No.  Sergeant Howard was asking him for information in

24               regard to the incident and Sergeant Hayes was not to --

25               he didn't give him -- there was a conversation that

1      sounds like he shouldn't make notifications.

2  Q.  That Howard should not make notifications?

3  A.  That he -- something to the effect that certain

4      notifications don't need to be made.

5  Q.  That's what you heard Hayes tell Howard?

6  A.  That's what I can recall.

7  Q.  That's what you can recall?

8  A.  Yes.

9  Q.  Were there any other calls that were made to notification

10     and control?

11 A.  I have copies of all the 9-1-1 transmissions of people

12     calling 9-1-1.  I have the communications for dispatching

13     runs, dispatching the police runs to their location.

14              MR. ROBINSON:  You know, I don't have

15     those.

16              MR. ASHFORD:  Are these all on CDs?

17              THE WITNESS:  They should be.  I think

18     they all are.

19 BY MR. ROBINSON (Continued):

20 Q.  Okay.  Anything else?

21 A.  I can't recall anything else right now.  But any radio

22     traffic in relationship to this, I have.  Well, I

23     obtained.

24 Q.  Now, you didn't hear any notifications from Logan to

25     notification and control, right?

John F. Kennedy                                    September 14, 2010

Page 52

```
 1   A.   No.

 2   Q.   Not from Serda to notification and control, right?

 3   A.   No.

 4   Q.   Now, it's my understanding that Commander Autrey was

 5        off-duty.  We talked about that before.  I mean, he was

 6        called in?

 7   A.   I believe he was.

 8   Q.   Now, similar to you, on the alert team, although, you

 9        know, he's not a matter of the alert team, he was called.

10        He didn't just pop in out of thin air, as I understand

11        it?

12   A.   I don't know.

13   Q.   That's what I believe I read in your report that he was

14        called.  He got a call and that's how he learned about it

15        in the first place.

16             Do your records reflect the time that

17        Commander Autrey left the hospital to go to the scene?

18   A.   I don't believe that it does.  Let me check.

19             Yes.  Commander Autrey sent an

20        interoffice memorandum to Commander Stair indicating that

21        he arrived at approximately 4:30.  At approximately 4:30

22        he responded to a traffic accident involving Commander

23        Bettison at Seymore and Hayes.

24   Q.   And your call from Brian Stair came, I think you said,

25        about 5:00?
```

Page 53

```
 1   A.   Between five -- I said between 5:00 and 6:00, but looking

 2        at my report it says 5:00 a.m.

 3   Q.   5:00 a.m.  So Autrey left the scene at -- I'm sorry.

 4        Left the hospital about 4:30, correct?

 5   A.   He responded to the traffic accident at Seymore and Hayes

 6        at 4:30.

 7   Q.   So by that time you hadn't even been called yet?

 8   A.   No.

 9   Q.   And the call to notification and control from Sergeant

10        Hayes, do you remember what time that was?

11   A.   No.  But the tape's time stamped.  I don't know.

12   Q.   Okay.  And we can check that out when we get it?

13   A.   Yes.

14   Q.   But again, Sergeant Hayes as opposed to Serda, as opposed

15        to Logan nobody of those supervisory ranks called

16        notification and control, correct?

17   A.   I don't have any conversation of them calling.

18   Q.   Now, let me ask you a question.  Notification and

19        control, the purpose of that is to have a central

20        depository conduit, as it were, for sensitive information

21        to be received and then channeled to higher ups in the

22        police department when it comes to perfluous incidents or

23        in incidents of a sensitive nature, correct?  I mean,

24        that's not their only function?

25   A.   That's part of their function.
```

John F. Kennedy                                    September 14, 2010

 1   Q.   And that's a significant part of their function, correct?

 2   A.   Yes.

 3   Q.   And the manual even speaks to that, does it not?

 4   A.   Yes, it does.

 5   Q.   And it would have directed Logan, as a deputy chief to

 6        make notification, notification and control, the manual.

 7        Because he's subject to the provision in the manual as

 8        well?

 9   A.   That's correct.

10   Q.   So is Serda, correct?

11   A.   Yes.

12   Q.   So, now let me just mark this provision here and I'm

13        going to ask whether or not you can identify that.

14                         (Deposition Exhibit Number 3,

15                          Detroit Police Web Manual, was

16                          marked for identification.)

17   BY MR. ROBINSON (Continued):

18   Q.   I'm marking as my Exhibit Number 3, a provision from the

19        Detroit Police Department manual.

20                   Do you recognize that as part of the

21        manual that gives direction and specification to officers

22        of the Detroit Police Department concerning

23        responsibilities at crime scenes?

24   A.   Yes.

25   Q.   Now, as I understand it, this was a review date and

John F. Kennedy                                      September 14, 2010

1      effective date of May 2nd, 2005 and a review date of May

2      2nd, 2006.  This accident happened May -- I'm sorry.  In

3      April of 2007.  Is it fair to say what was marked here as

4      Exhibit 3 would have been the relevant provisions at the

5      time?

6   A.  It may have.  I can't say that.

7   Q.  Now, as I understand it, there is a direction here that,

8      let's say, at 203.1 dash 3.1, "The perimeter or border

9      surrounding potential physical evidence related to the

10     crime.  Crime scene boundaries should be defined to

11     include all areas that may be reasonably searched for

12     evidence."

13               Remember I talked about yellow tape?

14  A.  Yes.

15  Q.  That is probably consistent with that, right?  To mark it

16     so that evidence is preserved to keep public traffic or

17     police officers from screwing up the evidence, right?

18  A.  If available, yes.

19  Q.  And if it's not available, it has to be some other way to

20     accomplish that goal in order to protect the evidence,

21     correct?

22  A.  That's correct.

23  Q.  And it would be visible and obvious to anybody that

24     showed up to that scene so they know not to, in a

25     figurative sense, cross that line, correct?

John F. Kennedy                                    September 14, 2010

1   A.    That's correct.

2   Q.    And that's the whole purpose of the yellow tape, you

3         know, or its equivalent.  So that somebody doesn't cross

4         the line and then destroy the evidence, correct?

5   A.    That's correct.

6   Q.    And it says, "Initial Response to Crime Scenes."

7               And I'm reading from page three,

8         203.1 dash 4.1, "General."

9               "Approach the scene in a manner designed

10        to reduce potential harm that to officers, while

11        maximizing the safety of victims, witnesses, and others

12        in the area.  In transit to crime scenes, officers should

13        be aware of suspects and/or vehicles that may be leaving;

14        remain alert and attentive.  Assume the crime is ongoing

15        until determined to be otherwise."

16              And that's until the scene is released,

17        right?

18  A.    Yes.

19  Q.    "Responding officers --" and I'm reading from 203 dash 50

20        "General Crime Scene Preservation."

21              "Responding officers shall enter crime

22        scenes only for the purposes of aiding the injured,

23        apprehending perpetrators or securing the area.  Other

24        entries shall be permitted only under the direction of a

25        supervisor or investigator in charge of the scene.

John F. Kennedy                                September 14, 2010

Page 57

1    Officers making entries for these purposes shall, where

2    feasible, avoid touching, walking upon, moving objects,

3    altering or otherwise contaminating the crime scene."

4                        That's what you recall from this

5    provision, correct?

6  A.  Yes.  It is in that provision.

7  Q.  "Extreme care."

8                        And I'm reading from paragraph four now.

9                        "Extreme care shall be taken to prevent

10   the destruction of any item with evidentiary value.  No

11   search beyond that, which is necessary to locate victims,

12   perpetrators or witnesses shall be conducted unless

13   authorized by the patrol supervisor investigator in

14   charge of the case.  Crime scenes shall not be abandoned,

15   unless directed by proper authority."

16                        You recall that provision?

17 A.  May I look at it?

18 Q.  Sure.

19 A.  What section were you referring to?

20 Q.  Four.  Paragraph four.

21 A.  There is no four on this page.

22                        Oh, I'm sorry.

23 A.  Yes.  That's what this paper says.

24 Q.  Now, "Crime Scene Boundaries.  "A", Considering the

25   nature and seriousness of the crime, officers should, as

John F. Kennedy                                    September 14, 2010

 1          necessary, request backup assistance to resist areas to

 2          the crime scene and control any on-lookers.  "B", erect

 3          barricade tape or otherwise secure the immediate crime

 4          scene."

 5                     Now, that's what I was talking about in

 6          terms of that yellow tape stuff.

 7                     "Record any alterations made at the

 8          crime scene due to emergency assistance.  Boundaries

 9          should be established extending outward from the focal

10          point or where the crime occurred and include the

11          potential points and paths of exit and entry of suspects

12          and witnesses."

13     A.   That's correct.

14     Q.   Now, I'm going to say -- I'm going to read 203.1 dash

15          5.4, "Collection of Evidence".

16                     MR. ASHFORD:  David, are you asking him

17          a question from those?

18                     MR. ROBINSON:  I'm reading and following

19          up with is that consistent with your understanding.

20     BY MR. ROBINSON (Continued):

21     Q.   "Unless exigent circumstances exist, or the authorization

22          of a supervisory officer received, initial responding

23          officers at serious crime scenes shall not engage in

24          collection of items of potential evidentiary value.

25                     "In the event evidence must be collected

John F. Kennedy                                    September 14, 2010

       1          by responding officers to prevent its loss or

       2          destruction, the evidence shall not be returned to the

       3          scene for collection by evidence technicians.  The

       4          confiscating officer is responsible for the proper

       5          recording and processing of any evidence that he or she

       6          removed from the scene.

       7                      "If authorized, responding officers

       8          shall only search the crime scene, in a manner and method

       9          prescribed by a supervisor or the investigator in charge

      10          of the scene, for any items that may be establish how the

      11          crime was committed or committed the crime, this may

      12          include but not be limited to --"

      13                      And it gives a litany of items --

      14          weapons, firearms, evidence, tools, vehicles, et cetera,

      15          et cetera.

      16                      So evidence should have been collected

      17          from the supervisors that arrived at the scene according

      18          to what I'm reading here?

      19     A.   That's correct.

      20     Q.   Not necessarily the arriving -- initial officers

      21          arriving.  Now, none of that occurred in this case,

      22          right?

      23                      There was no tape to do exactly what

      24          this provision says, to set up boundaries to protect the

      25          evidence, the crime scene, correct?

John F. Kennedy                                    September 14, 2010

```
 1   A.   Well, just like I said earlier, when I had arrived, the
 2        tow truck was getting ready to take the vehicle.  So it
 3        may have been up and they had taken it down.  I don't
 4        know.  I didn't see any evidence of it.
 5   Q.   Right.  Right.  Right.  You didn't see any evidence of
 6        it?
 7   A.   That's correct.
 8   Q.   And from 2:15 to your arrival at 5:00, did your
 9        investigation determine whether or not those things had
10        been done to establish that as a crime scene?
11   A.   No.
12   Q.   And as a technical matter, when you arrived, the police
13        officers were still on the scene, correct?
14   A.   Yes.  Well, not all of them.  The initial responding
15        officers and then a second unit had blocked the
16        intersection.
17   Q.   Now, when you got the call from Stair, you didn't tell
18        Stair back -- to call back and tell Stair, "Hey, it's a
19        crime scene.  Make sure somebody's out there, evidence
20        technicians or somebody to preserve that scene."  You
21        didn't do that, right?
22   A.   I didn't.  Other than the Sutter Homes bottle in the back
23        of the vehicle, I had seen no other -- nothing else
24        that --
25   Q.   I'm talking about before you got there.
```

John F. Kennedy                                    September 14, 2010

```
 1    A.    Well, I would've assumed that it would've been handled

 2          properly before I got there.

 3    Q.    Okay.  And assume, by the people that we already talked

 4          about, the first person that got to the scene was

 5          Sergeant Hayes; is that right?

 6    A.    Yes.  For a supervisor.

 7    Q.    First supervisor.  And we know what his responsibility is

 8          because we just read it.  And the provision, he's a

 9          supervisor.  He takes charge of the scene and does what

10          he's supposed to do to preserve the crime scene, correct?

11    A.    That's correct.

12    Q.    Unless he does not determine it to be a crime scene by

13          his own supervisory discretionary call, correct?

14    A.    I would say yes.

15    Q.    Same as commander, Serda.  It's his responsibility to

16          treat it as a crime scene unless he determined in his own

17          supervisory discretion that it isn't a crime scene,

18          correct?

19    A.    Yes.

20    Q.    Now, Serda had been to the hospital.  Serda observed, I

21          presume, Todd Bettison.  Serda certainly talked to Logan

22          and to Autrey?

23                    MR. ASHFORD:  I'll object to the form.

24          Compound.

25
```

John F. Kennedy                                    September 14, 2010

```
 1   BY MR. ROBINSON (Continued):

 2   Q.    We presume that, right?  Because they were -- Autrey and

 3         Logan were at the hospital with Serda, correct?

 4                     MR. ASHFORD:  Same objection.  Compound.

 5                     You can answer.

 6   BY MR. ROBINSON (Continued):

 7   Q.    That's what your investigation has disclosed?

 8   A.    Yes.

 9   Q.    And even with all that he goes to the scene and he still

10         doesn't, you know, exercise discretion other than to say,

11         oh, must not be a crime scene, correct?

12   A.    Well, he documented it in some form that he did

13         observe --

14   Q.    Wine bottles?

15   A.    Wine bottles.

16   Q.    But he didn't do anything else?

17   A.    No.

18   Q.    Big deal, empty wine bottles.

19   A.    No.

20   Q.    He didn't document the fact that there were, along with

21         the empty wine bottles, a car seat in Bettison's car,

22         correct?  He didn't document that anywhere?

23   A.    Who didn't?

24   Q.    Serda.

25   A.    Not to my knowledge, no.
```

John F. Kennedy                                    September 14, 2010

```
 1   Q.   He didn't document that there was also a container of

 2        food or empty container of food in Bettison's car,

 3        correct?

 4   A.   No.  Not to my knowledge.

 5   Q.   So, okay, now, timewise, 4:30, does Serda's report to you

 6        reflect what time he went out and what time he either

 7        went back to the hospital or called back to talk to

 8        Logan?

 9   A.   I do not believe that -- oh, one moment.  Let me check.

10             Only thing it indicates is that he had

11        received a phone call from a Lieutenant Gasper Rossi at

12        2:35 a.m., but it doesn't indicate the time that he

13        actually arrived on the scene, went to the hospital and

14        then returned back to the scene.

15   Q.   Okay.  Now, it's my understanding that Mr. Autrey, and

16        according to his report, didn't go until 4:30.  So Autrey

17        didn't go until after Serda had either come back and

18        informed them, both of them, what he had seen?

19   A.   Based upon his written statement.

20   Q.   So when Autrey goes out, Autrey sees for all intents and

21        purposes the same thing that you saw; that is no crime

22        scene?  Because you didn't see a crime scene, correct?

23   A.   That's correct.

24   Q.   And so it's my understanding that Autrey retrieves and

25        made a statement either of his own or as ordered as to
```

John F. Kennedy                                    September 14, 2010

 1         his role at the scene, correct?

 2    A.   I'm sorry.  Could you repeat that?

 3    Q.   Autrey made a statement.  He made a direct -- a memo to

 4         Stair, Brian Stair, correct?

 5    A.   Yes.

 6    Q.   And he was either ordered to do so or he did so

 7         voluntarily on his own, correct?

 8    A.   Yes.

 9    Q.   And in Autrey's statement, Autrey indicates that he left

10         the hospital and then went to the scene and he collected

11         certain items, correct?

12    A.   Yes.

13    Q.   He collected a car seat that was in Bettison's car,

14         correct?

15    A.   Yes.

16    Q.   He collected what he calls garbage, which would've

17         included the empty wine bottles and food container,

18         correct?

19    A.   Yes.

20    Q.   Then he indicated to Stair what he did with those items

21         and where he went with them.  And is it correct that he

22         said he went directly from the accident scene with those

23         items to the Northeastern District police station?

24    A.   That's correct.

25    Q.   Now, did they have cameras that monitor the precincts at

John F. Kennedy                           September 14, 2010

```
 1        Northeastern District, like on the outside parking lot
 2        and stuff like that?  I'm pretty sure they do.
 3   A.   Yes.  If they're functioning.
 4   Q.   Did you determine whether or not they were functioning in
 5        your investigation?
 6   A.   No.
 7   Q.   And that would have revealed the actions, presumably, of
 8        Commander Autrey in taking the car seat out of the car
 9        and then disposing of the wine bottles, which were empty,
10        and the food container, correct?  Or did you check into
11        that?
12   A.   Well, looking over at the Northeastern District, the
13        cameras don't face the garbage receptacles on the outside
14        of the building.  So if he had went over to the
15        Northeastern District, I couldn't have told what kind of
16        car he had just by him pulling up into the lot.  Because
17        the cameras don't --
18   Q.   Is that something you investigated?  Though, I guess,
19        that's my question.
20   A.   Yes.  In regards to the angles of the cameras.  I mean,
21        I've been over to the Northeastern District on several
22        occasions so I know --
23   Q.   But relative to your investigation, that's not anything
24        that you considered?
25   A.   No, I didn't.
```

John F. Kennedy                                        September 14, 2010

```
 1   Q.   All right.  And so now, between -- did you find out the
 2        route that Autrey took from the accident scene back to
 3        the precinct?
 4   A.   Nope.
 5   Q.   Is it fair to say that it just, you know, more likely
 6        than not there are plenty of places that he could have
 7        thrown away the wine bottles before he got to the
 8        precinct?
 9   A.   I'm sure.
10   Q.   But he didn't do that your investigation disclosed,
11        correct?
12   A.   My investigation is closed.
13   Q.   Right.  But I'm sorry, my question was your investigation
14        did not disclose that Autrey stopped somewhere, tossed
15        the bottles in some sort of garbage dump before he got to
16        the place where there would be cameras, so to speak?
17   A.   I can't really --
18                 MR. ASHFORD:  I'm going object to that
19        as a form.  Go ahead.
20   A.   I can't really answer that question because I didn't have
21        an opportunity to interview Commander Autrey under the
22        provisions of Garrity, which I would have addressed that
23        at that point.
24   BY MR. ROBINSON (Continued):
25   Q.   Did you ask Autrey to make a statement?
```

John F. Kennedy                                    September 14, 2010

 1    A.    No, I didn't.

 2    Q.    And you had every right to, right?  Because he could've

 3          waived his Fifth Amendment right, couldn't he?  And as an

 4          investigator aren't you actually, obligated to do that?

 5    A.    Well, actually, I asked Commander Stair.  I need

 6          statements from all the bosses that were involved in this

 7          and they provided him the interoffice memorandums.

 8    Q.    Now, let me back you up, now.  Because if he did an

 9          interoffice memorandum, then he made a statement?

10    A.    For all intents and purposes.

11    Q.    And he had a Fifth Amendment, right?

12    A.    Yes.

13    Q.    So he didn't waive his Fifth Amendment.  You didn't ask

14          him, "Listen, John what route did you take from Seymore

15          and Hayes back to the precinct?"

16                    You didn't do that, right?

17    A.    No, I did not.

18    Q.    You didn't say, "John, here's your Constitutional rights

19          form.  I'm going to read you your rights.  You have the

20          right to remain silent.  Anything you say can and will be

21          used against you.  The right to an attorney.  If you

22          can't afford one, we're going to get you one."

23                    Well, not you.  But you didn't do all

24          that?

25    A.    No, sir, I did not.

John F. Kennedy                                        September 14, 2010

```
 1   Q.   You could've done that, right?

 2   A.   Yes.

 3   Q.   So John did not waive his Fifth Amendment right to tell

 4        you or anybody else if he had been asked, like he was

 5        asked at least when he wrote his statement to Stair.

 6        because under the law, under the Constitution, he didn't

 7        even have to do that.  Right?

 8   A.   That's correct.

 9   Q.   And you weren't going to offer him Garrity.  Because, if

10        you offered him Garrity, then you couldn't prosecute him,

11        right?

12   A.   That's correct.

13   Q.   So the design was to do what, to prosecute John Autrey,

14        correct?  That's what your intent was?

15   A.   No.  My intent was to see if any criminal activity had

16        happened and then present the information to the

17        prosecutor's office for warrant of criminal prosecution.

18   Q.   I think we're saying the same thing.  We're just saying

19        it different?

20                   MR. ASHFORD:  I like his version.

21   BY MR. ROBINSON (Continued):

22   Q.   You could've offered him Garrity, right?

23   A.   I'm sorry?

24   Q.   You could've offered him Garrity.  Correct?

25   A.   Not at this, point, no.
```

John F. Kennedy                                    September 14, 2010

```
 1   Q.   You're the officer in charge of this case?

 2   A.   Not at this point.

 3   Q.   Could you have told, "Stair, listen, I want him to be

 4        Garrited"?  Could you have done that?

 5   A.   I don't know.  Because the initial IA investigations are

 6        of a criminal nature first and departmental investigation

 7        second.  So we look for criminal negligence first.  So I

 8        have to handle it in a criminal aspect.  If I would have

 9        provided him Garrity and he would have came to me and

10        said something of a criminal nature related to this, as

11        you know, I could not have prosecuted him for that

12        action.

13   Q.   I don't believe -- and I'm not arguing with you.  But I

14        don't believe that it's mandatory that you under any set

15        of facts have to -- have to presume that a crime was

16        committed in your investigation.  You can exercise

17        discretion and say it doesn't arise to this and I'm just

18        going to Garrity him.

19                  Did you have supervisors if you had a

20        question that you could go to and ask?

21                  MR. ASHFORD:  Objection as to form.

22   BY MR. ROBINSON (Continued):

23   Q.   Yes or no?

24   A.   Yes.

25   Q.   But you didn't do that in this case, correct?
```

John F. Kennedy                                September 14, 2010

Page 70

```
 1   A.    No, I didn't.

 2   Q.    Now, you did the investigative report.  We had marked

 3         that as Exhibit 3.  Now, that's dated June of '07,

 4         correct?

 5   A.    That's correct.

 6   Q.    By that time, I'm assuming, that you had done all your

 7         Garrity interviews, correct?

 8   A.    Yes.

 9   Q.    You had completed your investigation --

10   A.    No.  I had not completed the investigation.

11   Q.    The criminal investigation?

12   A.    Actually, the reason why it was dated June 8th and it

13         says amended across the top is the initial Investigator's

14         Report had everybody's name on it and it was -- I think

15         the prosecutor's office asked me to separate each

16         individual's issue.  That means I had to do a separate

17         Investigator's Report for Commander Autrey, a separate

18         Investigator's Report for Commander Bettison and then a

19         separate Investigator's Report for the two officers.

20                   MR. ASHFORD:  What two officers?

21                   THE WITNESS:  John Gardener and Jeremiah

22         Durant.

23   BY MR. ROBINSON (Continued):

24   Q.    So is that Investigator's Report still in your file, that

25         you know of?  The other Investigator's Report?
```

John F. Kennedy                                    September 14, 2010

```
 1   A.   I don't know.

 2   Q.   And what date -- was there an Investigator's Report --

 3        you just made reference that you had done that had

 4        everybody on it, what date was on that?

 5   A.   I have no idea.

 6   Q.   But it was prior to that?

 7   A.   Yes.

 8   Q.   Okay.  So by that time, I guess the question is, was your

 9        investigation completed or not?

10   A.   The administrative portion or criminal?

11   Q.   No.  The criminal part.

12   A.   When the warrants or Investigator's Reports were

13        submitted to the prosecutor's office, all my criminal

14        investigation had been concluded, yes.

15   Q.   Now, how did that warrant request get to the

16        prosecutor?

17   A.   I physically took it over to the prosecutor's office.

18   Q.   And you talked about a package earlier, right?

19   A.   Yes.

20   Q.   So in the packet it would have been that Investigator's

21        Report, right?

22   A.   Yes.

23   Q.   And it would have been the PCRs or the CRISNET reports?

24   A.   Yes.

25   Q.   And what else?
```

John F. Kennedy                                    September 14, 2010

```
 1    A.    The copies of the Garrity interviews with the witness
 2          officers, the interoffice memorandum that was prepared by
 3          commander, former Commander Autrey, the accident report
 4          and whatever relative information regarding this matter
 5          would've been in the report.  I just can't remember
 6          everything.
 7    Q.    Okay.  Now, what happened when you went over there?  When
 8          you presented the packet?
 9    A.    I presented the packet to assistant prosecuting attorney
10          Ronald Donaldson and he started reviewing it.  Going over
11          the information that was in there and he might have asked
12          me to do a couple of other things in regards to some
13          other information.  I can't recall.  And at some point or
14          another he recommended charges.
15    Q.    When would he have recommended charges relative to when
16          you went over there?
17    A.    I'm sorry?
18    Q.    Does your -- do your notes reflect when it is you went
19          over there, versus when it is he recommended charges?
20    A.    Well, the date that is on there is when the
21          investigator's report was actually taken to the
22          prosecutor's office.
23    Q.    So that would be June '07, June 8, '07?
24    A.    Yes.  And he signed the Investigator's Report on the 11th
25          of June.
```

John F. Kennedy                                September 14, 2010

1   Q.   June 11th.  Now, would your notes reflect the things that

2        he did?  Let's say your case supervision notes would they

3        reflect the things that the prosecutor wanted you to

4        do?

5   A.   If there was some additional stuff that he had wanted, he

6        generally gives me a little sheet to tell what additional

7        information, if in this particular matter, he needed some

8        additional information.

9   Q.   And you had put that in the file, right?

10  A.   Yes.

11  Q.   Now, you don't recall what it is that he wanted you to

12       do, but there was a couple of things he said he did want

13       you to do, right?

14  A.   I can't remember exactly what it was.  Generally, when I

15       submit an Investigator's Report it is something minute.

16       I need an additional address or phone number for a

17       witness or something to that effect.  It's not to the

18       extent I got to do an entire investigation.

19  Q.   Now, I'm assuming -- how long did this meeting take?

20  A.   Oh, I don't know.  Usually I'm over at his office 20

21       minutes at the most.  For the first 15 we're talking.

22  Q.   And you're reviewing the file all along?

23  A.   Yes.

24  Q.   For the most part, right?

25  A.   Yes.

John F. Kennedy                                    September 14, 2010

1   Q.   Now, is there anything else in the file that I'm missing?

2        CRISNET, Garrity, what else?

3   A.   I don't think I had any witness statements in

4        relationship to this because I couldn't find the lady

5        that was there.  A witness list, I'm assume that I had to

6        give Commander Autrey's constitutional rights.  That

7        should've been in the packet.  I don't even think I even

8        gave him his constitutional rights then.  Because I don't

9        see -- admissions and confessions on there is none.  So

10        that might not have been in the package.  And this

11        Investigator's Report.

12   Q.   And is that what we have marked as Exhibit 1,

13        Investigator's Report?

14   A.   I don't see a number on here.

15   Q.   We marked as Exhibit 1, this Interoffice Memorandum,

16        Exhibit 1, did he have that?

17   A.   Did who?

18   Q.   In your packet?

19   A.   The prosecutor?

20   Q.   Yes.

21   A.   No.

22   Q.   He never had this?

23   A.   No.

24   Q.   He didn't get this?

25   A.   No.

John F. Kennedy                                    September 14, 2010

 1   Q.   He got the Garrity, he got the CRISNET, he got a witness

 2        list and the Investigator's Report.  So he got four

 3        things?

 4   A.   I think that's all.  I think that's all I presented him.

 5        I don't have the package to tell you.  So I think that's

 6        all I presented to you.

 7   Q.   This never goes.  This, meaning Plaintiff's Exhibit

 8        Number 1, which is your investigation, that never goes

 9        with the packet, right?

10   A.   That's correct.

11   Q.   And in your investigator's report, the Garrity interviews

12        that he had, were they on tape or were they

13        transcribed?

14   A.   Tape.

15   Q.   Okay.  Now, you did not, you said that about 20 minutes

16        on the average that you're there with him, right?

17   A.   Yes.

18   Q.   And you don't ever talk to him after that unless there's

19        a warrant and then you go to go to court, right?

20   A.   Well, if there is something else that he would need, he

21        would call me, but I don't know if he did on this

22        particular matter.

23   Q.   And now with regard to, let's say, Plaintiff's Exhibit

24        Number 3, crime scene investigation, you didn't provide

25        him with a copy of that, right?  That was not in your

John F. Kennedy                                    September 14, 2010

```
 1          investigation package?

 2   A.     I believe he has a copy of our manual.

 3   Q.     Okay.  Now, you're guessing?

 4   A.     I didn't provide him a copy, no.

 5   Q.     You didn't provide it?

 6   A.     No.

 7   Q.     That wasn't in the package?

 8   A.     No, it was not.

 9   Q.     And you didn't call him and tell him that, you know what,

10          there was no crime scene that had been marked off,

11          correct?

12   A.     No, I didn't.

13   Q.     You didn't tell him that the crime scene should have been

14          designated as such by the supervisors that first arrived

15          at the scene, correct?

16   A.     I'm sorry, what?

17   Q.     You didn't tell Donaldson that the crime scene should've

18          been designated as such by the initial supervisors

19          arriving at the scene?  We talked about that earlier?

20   A.     Oh, no.  I didn't discuss any of that with him, no.

21   Q.     Now, Plaintiff's Exhibit Number 3, we read through this

22          and I will start just at the last two sentences.

23                  "Witness number one --" and that witness

24          number one would be Officer Carl Chuney.

25                  "Gave the wine bottle he retrieved from
```

John F. Kennedy                                    September 14, 2010

1        inside the vehicle to the defendant.  Witness number two

2        and number three (sic) observed the defendant place all

3        empty bottles into a plastic bag and place the plastic

4        bag inside the vehicle.  The defendant later went to

5        Northeastern District station where he later disposed of

6        the wine bottles in a garbage dumpster."

7                    Now, there's nothing in your

8        Investigator's Report that, number one, says that

9        Commander Autrey also retrieved a food container and

10       threw it away as well, right?

11  A.   It says it right here it was part of the evidence for him

12       to review, the interoffice memorandum prepared by

13       Commander Autrey and that's contained in the interoffice

14       memorandum.

15  Q.   But I'm not asking you that.  I'm asking in your writeup

16       it doesn't say anything about that, correct?

17  A.   Specifically, no.  But the evidence was provided that has

18       that in it.

19  Q.   Nor does it say anything about the car seat either, does

20       it?

21  A.   No, it doesn't.

22  Q.   Now, as I understand it -- and I'm going to go by the old

23       Green Monster here, because when I was a cop that's what

24       we had to study for the exam.  And I'm just going to ask

25       whether or not you agree or disagree with this statement.

John F. Kennedy                                    September 14, 2010

```
 1        Okay.

 2                    "Role of reason, although the

 3        investigator's basically a collector of facts, he must

 4        also construct hypotheses and draw conclusions relating

 5        to the problem of who committed the crime and how it was

 6        committed."  And how it was accomplished, rather.

 7                    Do you agree with that?

 8   A.   Yes.

 9   Q.   Do you also agree with the fact that your job is to not

10        just determine guilt, but innocence?

11   A.   Absolutely.

12   Q.   And to provide the prosecutor with both sides of the

13        issue, even up to and including calling the prosecutor up

14        and telling him, hey, the crime scene wasn't a crime

15        scene officially, there was never a crime scene?  You

16        never told the prosecutor that, right?

17                    MR. ASHFORD:  I'm going object to form.

18        I'm going to object to form.  Compound question.

19   BY MR. ROBINSON (Continued):

20   Q.   You never told the prosecutor it was never a crime scene,

21        correct?

22   A.   No, I did not.

23   Q.   Now, at the time that Commander Autrey was at the

24        hospital and before he went to the scene, it's my

25        understanding that it was never even determined that
```

John F. Kennedy                                      September 14, 2010

 1        Commander Bettison had a blood alcohol level.  It was

 2        never determined?

 3    A.  Could you --

 4    Q.  It was never determined prior to Commander Autrey going

 5        to the scene that Commander Bettison had a blood alcohol

 6        level?  Did your investigation disclose that?

 7    A.  That -- he did have a blood alcohol level.  I don't

 8        understand what you're referring to.

 9    Q.  Right.  In your investigation that was turned in, it says

10        it was later discovered that Commander Bettison's blood

11        alcohol level was .22.  It was later discovered?

12    A.  That night.  Or that morning.

13    Q.  When?  Do you know?

14    A.  I think I got to the hospital -- I served him with a

15        investigator subpoena for the search warrant.

16    Q.  Search warrant?

17    A.  Blood alcohol.  And I got it maybe a half hour later.  So

18        timewise.

19    Q.  So that's when it was determined he had a blood alcohol

20        level but not before.  Not when Autrey was there?

21                    MR. ASHFORD:  At the scene?

22    BY MR. ROBINSON (Continued):

23    Q.  Not when Autrey was there at the hospital or at the

24        scene, right?

25    A.  I don't know.

John F. Kennedy                                    September 14, 2010

Page 80

1   Q.   That's when -- I mean, that's when it was determined?

2   A.   That's when I discovered it.

3   Q.   When you went there?

4   A.   When I discovered it, yes.

5   Q.   But it wasn't determined -- your investigation doesn't

6        determine that it was disclosed anytime sooner than that,

7        right?

8   A.   I don't have anything to tell me that it was.

9   Q.   So when Autrey went to the scene he wouldn't even know

10       whether or not there was a blood alcohol level, right?

11                   MR. ASHFORD:  The blood alcohol level

12       content.

13  BY MR. ROBINSON (Continued):

14  Q.   Or any blood alcohol.  Or whether Bettison had anything

15       to drink.  You don't know that, right?

16  A.   I don't know.

17  Q.   Now, wouldn't that be relevant?  Wouldn't that be

18       relevant in terms of putting two and two together?

19  A.   In regards to --

20  Q.   Alcohol bottles, blood alcohol?

21  A.   Wait a minute.  I'm sorry.  Could you repeat that?

22  Q.   Empty wine bottles, correct?  Because you were

23       concerned -- your criminal investigation was concerned

24       with the wine bottles being evidence, right?

25  A.   That's correct.

John F. Kennedy                                September 14, 2010

```
 1   Q.   And Autrey picking them things up and throwing them away

 2        and destroying evidence, tampering with evidence,

 3        right?

 4   A.   Yes.

 5   Q.   But if Bettison wasn't drunk or Bettison had no wine,

 6        that he drank that would give him a blood alcohol level

 7        that would be illegal, then the wine bottle being empty,

 8        especially out on the street aren't a crime, they're not

 9        evidence of a crime?

10                 MR. ASHFORD:  Objection.  Calls for

11        speculation.

12   BY MR. ROBINSON (Continued):

13   Q.   Correct?

14   A.   I can only assume that.  I don't know.  Because if the

15        bottles were inside of his vehicle, that would be

16        probable cause to believe that alcohol was involved in

17        the accident.

18   Q.   But as your report, I think, reflected, the bottle that

19        was handed to Bettison -- I'm sorry, to Autrey was handed

20        to him by Chuney?

21   A.   That's correct.

22   Q.   And so -- and the other three bottles were already out on

23        the street, correct?

24   A.   (No response.)

25   Q.   Chuney handed him the bottle.
```

John F. Kennedy                                    September 14, 2010

```
 1   A.    Yes.  Yes.

 2   Q.    So as far as Autry was concerned, how did he know where

 3         the bottle was?  It was inside the car or outside, all

 4         three of them were outside the car?

 5               MR. ASHFORD:  Objection.  Calls for

 6         speculation.

 7   BY MR ROBINSON (Continued):

 8   Q.    You don't know?

 9   A.    I don't know.

10   Q.    You didn't ask Chuney?

11   A.    No, I didn't.

12   Q.    Isn't that important for your investigation?  I mean, you

13         do have to get the finite details in your investigation?

14   A.    That's correct.

15   Q.    You have to be concerned about the elements of the crime,

16         correct?

17   A.    Yes.

18   Q.    Because you got to bring the complete picture to the

19         prosecutor and not portions of it, but the complete

20         picture, correct?

21   A.    Yes.

22   Q.    The prosecutor can only do what you give him, correct?

23   A.    And like I told you earlier, we had may have had -- I

24         can't remember right now.  We could have had some level

25         of dialogue myself and the prosecutor in relationship to
```

John F. Kennedy                                    September 14, 2010

 1          this, before the warrant was signed.  I can't.

 2    Q.    Right.  But it doesn't do any good for us right now if

 3          you can't document that.

 4    A.    Well.

 5    Q.    Because it's in a speculation, it would come?

 6                        MR. ASHFORD:  You don't have to answer

 7          his question.

 8    BY MR. ROBINSON (Continued):

 9    Q.    We can only go by proof?

10    A.    I'm sorry?

11    Q.    We can only go by proof.  We can't go by guess,

12          speculation, right?

13    A.    Right.

14                        MR. ASHFORD:  I mean, is that a

15          question?

16    BY MR. ROBINSON (Continued):

17    Q.    Yeah, it's a question.  We can't go by speculation and

18          guess.  We have to have proof.  This is a criminal

19          investigation?

20    A.    I can't recall.

21    Q.    This is something that can send somebody to jail,

22          right?

23    A.    He was found not guilty.  He didn't go to jail.

24    Q.    Hey, but you were there.  You testified, didn't you?  Or

25          you were the officer in charge of the case, right?

John F. Kennedy                                    September 14, 2010

```
 1   A.    Yes.

 2   Q.    So you were there?

 3                     MR. ASHFORD:  Off the record.

 4                       (Recess taken.)

 5                     MR. ROBINSON:  Back on the record.

 6   BY MR. ROBINSON (Continued):

 7   Q.    Now, you know, exculpatory evidence, you know what that

 8         is?

 9   A.    Yes.

10   Q.    And you also have a responsibility to bring to the

11         prosecutor's attention any exculpatory evidence?

12   A.    Yes.

13   Q.    And you said you did not get to talk to the lady witness

14         that was there and that was the chick that saw -- the

15         lady, not a chick.  But saw the accident or heard it, is

16         that what you're talking about?

17   A.    Yes.  I told the prosecutor that as well.

18   Q.    It's my understanding that lady in some reference that

19         I've seen said that it didn't appear to her that Bettison

20         was even intoxicated or something like that.  Do you

21         remember something like that?

22   A.    No, I don't remember that at all.

23   Q.    I know that the EMS guy said that Bettison didn't appear

24         to be intoxicated, do you remember that?

25   A.    No.
```

John F. Kennedy                                    September 14, 2010

Page 85

1   Q.   I wish I remember where I saw that.  But I swear I saw

2        it.

3                   You did interview the EMS people,

4        though, right?

5   A.   I believe I requested some of their activity log sheets.

6        I may have interviewed them as well.  I can't recall

7        right this second.

8   Q.   Now, if he did not appear -- Bettison did not appear to

9        be intoxicated, then that would be a factor, exculpatory

10       factor, as it were, right?  With respect to any intent

11       that Autrey might have had to hide evidence, wouldn't it

12       have been?

13  A.   I can't say that, because just because it doesn't appear

14       does not mean that he is not underneath the influence of

15       alcohol or some type of other medication.

16  Q.   True.  True.  But if somebody makes the observation that

17       in their opinion, he's not, then it's relevant

18       information that could be exculpatory and you've got

19       responsibility to provide all exculpatory information,

20       correct?

21                   MR. ASHFORD:  I'm going to object to

22       that.  It's calling for a legal conclusion.

23                   Object as to form, also.

24  BY MR. ROBINSON (Continued):

25  Q.   As an investigator, correct?

RELIANCE COURT REPORTING
(313) 964-3611

John F. Kennedy                                September 14, 2010

 1   A.   I would assume so.

 2   Q.   Now, nobody else in your investigation retrieved the car

 3        seat that belonged to Bettison, correct?  Autrey's the

 4        only one that retrieved it, the car seat?

 5   A.   Yes.

 6   Q.   And that was a baby car seat, right?

 7   A.   Yes.

 8   Q.   Infant car seat?

 9   A.   It was just identified as a car seat, a child car seat.

10   Q.   But it wasn't one that belonged to the police

11        department?

12   A.   No.  No.

13   Q.   So Autrey in that sense was getting a car seat out of the

14        police car because the police car soon was going to be

15        towed somewhere, correct?

16   A.   Yes.

17   Q.   Was there anything improper about Autrey getting the car

18        seat out of Bettison's car to preserve it for Bettison?

19        Anything improper about that?

20   A.   Other than that's a violation as far as on Commander

21        Bettison's behalf that you have a car seat in a

22        department vehicle.  That's something else.  But, no, him

23        actually taking it out, no.

24   Q.   And now it's fair to say that probable cause is a

25        reasonable belief, correct, that a crime has been

John F. Kennedy                                    September 14, 2010

 1        committed?

 2   A.   That's correct.

 3   Q.   A reasonable belief, correct?

 4   A.   Beyond a reasonable suspicion.

 5   Q.   I got that definition --

 6   A.   Pretty close to that.

 7   Q.   But it's a reasonable belief?

 8   A.   Yes.

 9   Q.   So belief has to be reasonable that a crime is

10        committed?

11   A.   Yes.

12   Q.   Now, it's my understanding -- and you tell me whether or

13        not this is accurate.  When did you first learn the

14        bottles had been thrown away in the dumpster behind the

15        precinct?

16   A.   I believe that Commander Stair had told me and then I

17        think we -- I had advised him that it needs to be --

18        Commander Autrey needs to give me some type of statement.

19        Actually, all the bosses need to give me some kind of

20        statement as to --

21   Q.   So this would've been early on?

22   A.   Yes.

23   Q.   So why didn't somebody go to the precinct and retrieve

24        the bottles if they were evidence?  Nobody did that,

25        right?

John F. Kennedy                                September 14, 2010

Page 88

```
 1   A.   No.  No.

 2   Q.   So then that wasn't even treated like it was a crime

 3        then, right?

 4   A.   I think a week had passed --

 5   Q.   But did you check?

 6   A.   No, I didn't.

 7   Q.   Did you call?

 8   A.   I could only assume based upon Commander Autrey and him

 9        being straightforward in his statement.

10   Q.   Right.  And you learned that early on, prior to Autrey's

11        statement that he wrote up to Stair?

12   A.   Yeah.  Probably within -- either that day that he

13        actually did the interoffice memorandum or maybe the day

14        before, at the most.

15   Q.   And when you learned about it as an investigator, you

16        didn't say, hey, go get those bottles or go look for the

17        bottles, right?

18   A.   Right.  I didn't, no.

19   Q.   But they still would've been evidence, correct?

20   A.   If they were there.  That's a lot of assumptions.

21   Q.   And we don't want to assume, but we know that you didn't

22        do it just in case, correct?

23   A.   That's correct.

24   Q.   But they were the corpus delicti, as it were, of the

25        case, correct?
```

Page 89

1   A.   Of this particular matter against Autrey, yes.

2   Q.   Now, you had the discretion to go to your boss and tell

3        your boss, hey, we don't have probable cause and I will

4        not present a warrant, correct?  You had the discretion

5        to do that, correct?

6   A.   Yes, I did.

7   Q.   But you didn't do that?

8                    THE WITNESS:  Can we get a minute?

9                    MR. ASHFORD:  No.  You have to answer

10       the question.

11                   Did you do that?  Did you tell them

12       that?

13  A.   When I initially wrote up my investigation it did not

14       include Commander Autrey.

15  BY MR. ROBINSON (Continued):

16  Q.   It did not include Commander Autrey?

17  A.   That's correct.

18  Q.   Who told you to put Commander Autrey in?

19  A.   I think it was a discussion between me and Commander

20       Stair.  Said, you know, going over the facts of it, that

21       Commander Autrey did remove bottles from the vehicle and

22       discard the bottles, that we need to type up an

23       Investigator's Report in relationship to that as well.

24  Q.   Okay.  Because you --

25                   MR. ROBINSON:  Let me just get this.

John F. Kennedy                                    September 14, 2010

Page 90

```
 1                    Off the record.

 2                    (Recess taken.)

 3                    MR. ROBINSON:  Back on the record.

 4    BY MR. ROBINSON (Continued):

 5    Q.   And when did he tell you that?

 6    A.   It had to be before I submitted any of this to the

 7         prosecutor's office.

 8    Q.   It was your -- you had done your investigation, though,

 9         prior, right?

10    A.   As far as collecting all the information I could, yes.

11    Q.   And it was your recommendation, initially, that Autrey

12         shouldn't be involved in this?

13    A.   Well, based upon what I initially looked at and seen what

14         Commander Bettison's blood alcohol level was .22,

15         irregardless to him in my opinion, discarding the

16         bottles, it would've been nice to have as far as

17         additional.

18    Q.   But you didn't I need it?

19    A.   But I didn't need it because the blood alcohol level was

20         so high.

21    Q.   And you don't need it in any case, for all intents and

22         purposes -- and that was my thought when I first took the

23         case.  What do you need the bottles for when the blood

24         alcohol is what it is.  But I'm sorry, that was just an

25         aside.
```

John F. Kennedy                                      September 14, 2010

```
 1                          All right.  So do you know who Stair
 2            talked to prior to -- I mean, between your initial not
 3            putting Mr. Autrey in this and getting Mr. Autrey
 4            involved in this?
 5      A.    No, I don't know that.  I don't know if he spoke to
 6            anyone.
 7      Q.    Okay.  Now, do you know Todd Bettison?
 8      A.    Yes, I do.
 9      Q.    How well do you know Todd Bettison?
10      A.    I've been knowing Bettison for a very long time.
11      Q.    Okay.  Now, did you know whether or not he had a drinking
12            problem?
13      A.    No, I didn't.
14      Q.    Did you know whether or not he had been involved in
15            Kwame Kilpatrick's campaign for reelection?
16      A.    Yes.
17      Q.    What did you know about that?
18      A.    That his campaign group or whatever had donated a
19            substantial amount of money to former Mayor Kwame
20            Kilpatrick's campaign contribution, which I think it was
21            over what the limit of -- a legal limit for campaign
22            contributions was based upon the amount of people in his
23            organization.
24      Q.    Was that something that ever came to Internal Affairs
25            into Internal Affairs information?  Was that ever
```

Page 92

```
 1        investigated by Internal Affairs?

 2   A.   I don't know.

 3   Q.   When did you learn about that?

 4   A.   I read it in the paper.

 5   Q.   And this was before the accident, correct?

 6   A.   I don't even know when I read it in the paper.

 7   Q.   Did you feel any political pressure at any point in

 8        time?

 9   A.   No.

10   Q.   You say that so quickly and confidently?

11   A.   Because I do my job.

12                    I don't bend down to political pressure

13        from nobody.

14                    MR. ROBINSON:  Young man, and it does

15        come across that you do your job.  You really do and I

16        want to compliment you.

17                    THE WITNESS:  Thank you.

18                    MR. ROBINSON:  And I want to thank you

19        for your time.

20                    THE WITNESS:  Thank you.

21                    MR. ROBINSON:  You ought to be a lawyer.

22                    THE WITNESS:  Thank you.

23                    MR. ASHFORD:  I have one question just

24        to make the record clear.

25
```

John F. Kennedy                                September 14, 2010

 1                         EXAMINATION

 2    BY MR. ASHFORD:

 3    Q.    Officer Kennedy, when you presented your packet to the

 4          prosecutor on June 8th of 2007, included in that packet

 5          was the Autrey interoffice memorandum to Brian Stair; is

 6          that correct?

 7    A.    That is correct.

 8                         MR. ASHFORD:  I have nothing further.

 9                         MR. ROBINSON:  Okay.  I don't have

10          anything else.

11                         (Deposition concluded at 12:49 p.m.)

12                              -   -   -

13

14

15

16

17

18

19

20

21

22

23

24

25

John F. Kennedy                                    September 14, 2010

Page 94

1    STATE OF MICHIGAN)

2                   ) ss

3    COUNTY OF OAKLAND)

4

5              I, Darlene K. May, Notary Public within and for

6    the County of Oakland, (Acting in Wayne), State of Michigan, do

7    hereby certify that the witness whose attached deposition was

8    taken before me in the above-entitled matter was by me duly

9    sworn at the aforementioned time and place; that the testimony

10   given by said witness was stenographically recorded in the

11   presence of said witness and afterwards transcribed by computer

12   under my personal supervision, and that the said deposition is

13   a full, true and correct transcript of the testimony given by

14   the witness.

15             I further certify that I am not connected by blood

16   or marriage with any of the parties or their attorneys, and

17   that I am not an employee of either of them, nor financially

18   interested in the action.

19             IN WITNESS WHEREOF, I have hereunto set my hand at

20   the City of Novi, County of Oakland, State of Michigan, this

21   23rd day of September, 2010.

22

23                        /s/ Darlene K. May
                          Darlene K. May, Notary Public
24                        Oakland County, Michigan
                          My commission expires: 01-13-14
25

RELIANCE COURT REPORTING
(313) 964-3611

John F. Kennedy                          September 14, 2010

**A**

**abandoned** 57:14
**able** 38:18
**aboveentitled**
  94:8
**absolutely** 78:11
**abuse** 13:22
**academy** 13:16
  17:8 21:5 22:4
  22:8,9 41:6
**access** 29:25
**accident** 28:7
  29:13 30:18
  32:9 35:6,14
  35:23 36:16,25
  37:1,4,6,19,22
  39:14,17,21
  40:6 41:18
  46:12 52:22
  53:5 55:2
  64:22 66:2
  72:3 81:17
  84:15 92:5
**accomplish** 55:20
**accomplished**
  78:6
**accountability**
  12:24 13:2,4
**accounting** 20:21
**accurate** 5:13
  23:16 32:10
  37:12,20 38:19
  40:14 87:13
**acronym** 43:16
**acting** 1:14 94:6
**action** 1:4 69:12
  94:18
**actions** 65:7
**activities** 25:1
**activity** 68:15
  85:5
**actual** 19:9
**adam12** 20:23
**adams** 8:16,17
**added** 25:3
**additional** 73:5
  73:6,8,16
  90:17
**address** 29:4
  73:16
**addressed** 66:22
**adhered** 49:5

**administration**
  20:21
**administrative**
  33:13 71:10
**administratively**
  33:14
**admissions** 74:9
**advised** 87:17
**affairs** 7:20,24
  9:25 10:3
  11:25 12:19,25
  13:1,4,5,7
  14:17 15:16,22
  20:25 21:3,7
  21:11 22:16
  23:7 24:17,24
  26:10,18,22
  28:1 29:24
  30:21 34:21
  35:15,24 36:5
  91:24,25 92:1
**afford** 67:22
**aforementioned**
  94:9
**africanamerican**
  37:1
**age** 5:21
**agency** 23:1
**agree** 25:10
  77:25 78:7,9
**ahead** 30:1 41:15
  66:19
**aiding** 56:22
**air** 52:10
**alcohol** 37:11
  79:1,5,7,11,17
  79:19 80:10,11
  80:14,20,20
  81:6,16 85:15
  90:14,19,24
**alcoholic** 29:18
**alert** 28:1,2,15
  35:23 36:12
  52:8,9 56:14
**allegation** 14:14
  42:20
**allegations** 14:3
**alleged** 25:13
**allegedly** 41:19
**allen** 9:19,19,23
**alterations** 58:7
**altering** 57:3
**amended** 70:13

**amendment** 67:3
  67:11,13 68:3
**amount** 91:19,22
**angles** 65:20
**answer** 23:25
  27:2 49:10
  62:5 66:20
  83:6 89:9
**answered** 26:25
**anybody** 41:9
  42:12 45:15
  55:23 68:4
**anymore** 9:3 20:4
  29:24
**anytime** 80:6
**apologize** 17:24
  28:23 35:21
**apparently** 22:1
  40:17 45:19
**appear** 84:19,23
  85:8,8,13
**appearances** 1:18
  2:1
**appeared** 29:17
**appearing** 1:22
  2:6
**appears** 28:7,9
  30:7
**applicable** 4:13
**apprehending**
  56:23
**approach** 56:9
**approached** 17:20
  17:21 18:2
  21:2
**approximately**
  52:21,21
**april** 28:4,5
  55:3
**area** 10:12 28:5
  28:22 30:18
  45:10 56:12,23
**areas** 55:11 58:1
**arent** 67:4 81:8
**arguing** 69:13
**armed** 13:22
**arms** 6:16,18 8:1
**arose** 7:9
**arrest** 11:8
**arresting** 11:3
**arrests** 23:20
  24:11
**arrival** 36:19

  37:8 40:7
  41:18 43:15
  60:8
**arrive** 43:3 46:8
**arrived** 35:11
  37:4,15 39:13
  41:21 43:7
  52:21 59:17
  60:1,12 63:13
  76:14
**arriving** 59:20
  59:21 76:19
**ashford** 2:3 3:6
  26:24 31:5,10
  32:13,22 34:15
  48:21 49:11
  50:1,3,6,10
  51:16 58:16
  61:23 62:4
  66:18 68:20
  69:21 70:20
  78:17 79:21
  80:11 81:10
  82:5 83:6,14
  84:3 85:21
  89:9 92:23
  93:2,8
**aside** 90:25
**asked** 6:2 9:14
  9:15,16 16:16
  16:18 18:6,22
  18:25 21:6,7
  26:24 29:14
  31:24 32:2
  67:5 68:4,5
  70:15 72:11
**asking** 50:23
  58:16 77:15,15
**aspect** 69:8
**assault** 13:22
**assigned** 4:24,25
  4:25 5:23 8:11
  10:6,9 11:12
  11:14,20 12:2
  16:6,17,20
  17:3,13,20,25
  27:23
**assignment** 6:7
  7:7,21 10:19
  12:14 15:22
  27:25 42:8
**assignments** 10:5
  10:5,21 14:2

15:1 23:11
**assistance** 58:1
  58:8
**assistant** 72:9
**associates** 1:19
  20:21
**association** 5:1
  5:24 6:14,17
  6:22
**asst** 1:8
**assume** 21:20
  34:20 36:13
  48:25 56:14
  61:3 74:5
  81:14 86:1
  88:8,21
**assumed** 30:10
  61:1
**assuming** 70:6
  73:19
**assumption** 30:12
**assumptions**
  88:20
**attached** 94:7
**attention** 84:11
**attentive** 56:14
**attorney** 67:21
  72:9
**attorneys** 94:16
**authority** 57:15
**authorization**
  58:21
**authorized** 57:13
  59:7
**auto** 19:9,25
  20:2,3,4
**autrey** 1:3 15:18
  27:16 33:10,22
  40:19 44:7
  45:1 46:13
  52:4,17,19
  53:3 61:22
  62:2 63:15,16
  63:20,20,24
  64:3,9 65:8
  66:2,14,21,25
  68:13 70:17
  72:3 77:9,13
  78:23 79:4,20
  79:23 80:9
  81:1,19 85:11
  86:13,17 87:18
  88:8 89:1,14

89:16,18,21
90:11 91:3,3
93:5
**autreys** 64:9
  74:6 86:3
  88:10
**autry** 82:2
**available** 38:22
  55:18,19
**avenue** 1:15 2:3
**average** 40:25
  75:16
**avoid** 57:2
**aware** 56:13

_____
**B**
**baby** 86:6
**back** 5:8,23 13:2
  13:22 16:22
  19:2 30:6
  32:18 33:3
  42:7 44:16,19
  44:19 46:15
  47:25 48:2,19
  49:1,2 50:13
  60:18,18,22
  63:7,7,14,17
  66:2 67:8,15
  84:5 90:3
**background** 5:17
**backseat** 30:4
**backup** 58:1
**badge** 1:6
**bag** 77:3,4
**baker** 18:14
**barricade** 23:22
  58:3
**based** 35:8 41:24
  63:19 88:8
  90:13 91:22
**basic** 17:6
**basically** 78:3
**becoming** 42:1
**behalf** 1:22 2:6
  86:21
**belief** 86:25
  87:3,7,9
**believe** 5:5
  14:22 20:4
  31:15 37:24
  42:22 43:7,8
  44:6 45:21
  46:22 52:7,13

52:18 63:9
69:13,14 76:2
81:16 85:5
87:16
**belonged** 86:3,10
**bend** 92:12
**bettison** 27:21
  28:6 32:1
  35:14,22 36:7
  36:25 37:10
  38:5 52:23
  61:21 70:18
  79:1,5 80:14
  81:5,5,19
  84:19,23 85:8
  86:3,18 91:7,9
  91:10
**bettisons** 30:6
  38:5 44:6
  62:21 63:2
  64:13 79:10
  86:18,21 90:14
**beverage** 29:18
**beyond** 57:11
  87:4
**bibliography**
  25:23
**big** 62:18
**birth** 4:19
**black** 29:11
  31:19
**block** 43:10
**blocked** 60:15
**blocking** 29:9
**blood** 41:1 79:1
  79:5,7,10,17
  79:19 80:10,11
  80:14,20 81:6
  90:14,19,23
  94:15
**body** 16:21
**books** 25:23
**border** 55:8
**boss** 89:2,3
**bosses** 67:6
  87:19
**bottle** 29:18
  30:4,5,10
  60:22 76:25
  81:7,18,25
  82:3
**bottles** 37:11,12
  44:25 45:3,19

46:25 47:10
48:6 62:14,15
62:18,21 64:17
65:9 66:7,15
77:3,6 80:20
80:22,24 81:15
81:22 87:14,24
88:16,17 89:21
89:22 90:16,23
**boundaries** 55:10
  57:24 58:8
  59:24
**break** 32:23
**brian** 1:7 14:23
  15:11 42:8
  52:24 64:4
  93:5
**brief** 33:19
**briefly** 27:13
  31:24 41:13
**bring** 82:18
  84:10
**brought** 23:1
  39:19
**brown** 15:7
**building** 1:15
  2:4 9:6 65:14
**bullycummings**
  1:8
**burden** 15:3,5
**bureau** 13:2,4
**business** 9:5
  20:15,16,20

_____
**C**
**cadet** 13:14,15
**call** 25:9 28:3
  28:17,18,20,24
  30:13 35:11
  42:2 43:25
  46:14 52:14,24
  53:9 60:17,18
  61:13 63:11
  75:21 76:9
  88:7
**called** 4:6 13:1
  25:25 36:2,8
  45:23 47:7
  49:1 50:15
  52:6,9,14 53:7
  53:15 63:7
**calling** 51:12
  53:17 78:13

John F. Kennedy                          September 14, 2010

85:22
**calls** 49:7,8,9
49:23,25 51:9
64:16 81:10
82:5
**cameras** 64:25
65:13,17,20
66:16
**campaign** 91:15
91:18,20,21
**campbell** 15:3,5
**candace** 14:19
**cant** 9:16 12:11
15:17 17:16
21:14 22:14
23:6 24:21
26:7 27:3
31:20 48:23
49:5,23 51:21
55:6 66:17,20
67:22 72:5,13
73:14 82:24
83:1,3,11,17
83:20 85:6,13
**canvas** 27:7
**canvassing** 25:16
**car** 29:15 30:6
30:17 36:3
37:10 39:18
44:23 62:21,21
63:2 64:13,13
65:8,8,16
77:19 82:3,4
86:2,4,6,8,9,9
86:13,14,14,17
86:18,21
**care** 57:7,9
**carl** 76:24
**carried** 9:5
**cars** 11:7 29:8
**case** 7:23 15:18
39:8,14 57:14
59:21 69:1,25
73:2 83:25
88:22,25 90:21
90:23
**cause** 81:16
86:24 89:3
**cds** 51:16
**cell** 30:3
**central** 53:19
**certain** 10:12
23:24,25 49:23

49:23 50:22
51:3 64:11
**certainly** 61:21
**certify** 94:7,15
**cetera** 23:13
59:14,15
**change** 24:14
**channeled** 53:21
**characteristi...**
25:9
**charge** 11:24
14:25 18:14
21:8 38:7
46:19 56:25
57:14 59:9
61:9 69:1
83:25
**charged** 33:10
**charges** 25:18
33:21 72:14,15
72:19
**check** 42:9 52:18
53:12 63:9
65:10 88:5
**chester** 1:7
**chevrolet** 29:11
**chick** 84:14,15
**chief** 1:7,8,8
15:8,10,15,19
16:16,21 18:10
43:19 44:5,5,6
45:1 48:13
49:1 54:5
**chiefs** 14:25
17:14,21 18:7
18:9,17 24:2
**child** 13:22 86:9
**chuney** 31:20
37:15 40:22,23
41:22 43:3,9
76:24 81:20,25
82:10
**circumstances**
36:14 58:21
**citizen** 25:6
**citizens** 26:23
**city** 1:9 2:2
6:21 24:9,25
25:2 29:12
94:20
**citywide** 17:6
**civil** 1:4
**civilian** 13:12

13:18
**claim** 27:20
**class** 22:23 23:2
23:3 34:20
**classes** 22:18
23:9 24:21
26:4
**clear** 92:24
**close** 87:6
**closed** 66:12
**clothes** 28:21
**coleman** 31:21
40:22,23 41:23
43:3,9
**collect** 45:7
**collected** 58:25
59:16 64:10,13
64:16
**collecting** 90:10
**collection** 58:15
58:24 59:3
**collector** 78:3
**college** 20:12,15
20:16
**come** 10:14 12:15
15:21 18:6
19:10 21:8
38:19 42:23
43:6 47:4,18
63:17 83:5
92:15
**comes** 53:22
**coming** 21:6
26:18 29:2
**command** 8:11,12
15:12
**commander** 1:7
11:24,24 12:2
12:10 14:23
15:11 17:16
27:16 28:4,6
28:11 30:2,6
32:1 33:10,21
35:15,22 38:4
39:22 40:13
44:6,10 45:1
45:18 46:13
52:4,17,19,20
52:22 61:15
65:8 66:21
67:5 70:17,18
72:3,3 74:6
77:9,13 78:23

79:1,4,5,10
86:20 87:16,18
88:8 89:14,16
89:18,19,21
90:14
**commanders** 38:4
40:16 44:5
**commanding** 15:11
**commission** 94:24
**committed** 25:15
25:16 59:11,11
69:16 78:5,6
87:1,10
**communication**
50:18,19
**communications**
49:13,22 51:12
**complete** 82:18
82:19
**completed** 70:9
70:10 71:9
**compliment** 92:16
**compound** 61:24
62:4 78:18
**computer** 20:20
94:11
**concerned** 80:23
80:23 82:2,15
**concerning** 15:18
54:22
**conclude** 6:25
**concluded** 71:14
93:11
**conclusion** 85:22
**conclusions** 78:4
**conducted** 57:12
**conduit** 53:20
**cones** 45:12
**confessions** 74:9
**confidently**
92:10
**confiscating**
59:4
**connected** 94:15
**considered** 65:24
**considering**
57:24
**consistent** 55:15
58:19
**constitution**
68:6
**constitutional**
67:18 74:6,8

John F. Kennedy                     September 14, 2010

construct 78:4
contacted 30:2
contained 77:13
container 63:1,2
  64:17 65:10
  77:9
contaminating
  57:3
contamination
  41:3
content 33:16
  80:12
continued 2:1
  27:1 31:12
  33:4 34:5,18
  36:10 48:24
  49:15 50:14
  51:19 54:17
  58:20 62:1,6
  66:24 68:21
  69:22 70:23
  78:19 79:22
  80:13 81:12
  82:7 83:8,16
  84:6 85:24
  89:15 90:4
contract 6:20
contribution
  91:20
contributions
  91:22
control 49:2,8
  49:10,13 51:10
  51:25 52:2
  53:9,16,19
  54:6 58:2
controls 50:16
conversation
  50:25 53:17
conversations
  49:12
cop 20:22 77:23
copies 32:17
  51:11 72:1
copy 31:3 32:13
  32:14,18,20
  75:25 76:2,4
cornering 37:16
corporation 1:9
corpus 88:24
correct 6:6 7:8
  7:15,17 8:8,24
  12:18,23 16:3

16:10,24 17:1
18:5,8,15
23:13,19 25:2
25:3 32:7 35:2
35:16 36:14,15
37:6,7,17
38:10 39:9,25
40:3,7,10,11
41:3,7,19
42:19 43:24
44:8,17,20,22
44:25 45:13,14
45:16,20,25
46:4,5,8,12,21
47:1,2,5,8,11
47:20 48:1,10
48:16 49:10
53:4,16,23
54:1,9,10
55:21,22,25
56:1,4,5 57:5
58:13 59:19,25
60:7,13 61:10
61:11,13,18
62:3,11,22
63:3,22,23
64:1,4,7,11,14
64:18,21,24
65:10 66:11
68:8,12,14,24
69:25 70:4,5,7
75:10 76:11,15
77:16 78:21
80:22,25 81:13
81:21,23 82:14
82:16,20,22
85:20,25 86:3
86:15,25 87:2
87:3 88:19,22
88:23,25 89:4
89:5,17 92:5
93:6,17 94:13
couldnt 18:22
  65:15 67:3
  68:10 74:4
couldve 46:13
  67:2 68:1,22
  68:24
county 1:14 94:3
  94:6,20,24
couple 23:8
  30:17 72:12
  73:12

course 22:4
  36:21 37:5
  43:1
court 1:1,26
  2:24 5:9,10
  9:22 13:23,23
  13:25 75:19
covers 11:7
  24:12
crashed 36:3
create 34:25
crew 11:14 14:10
  18:14 24:10,16
crews 10:14
crime 18:1 21:16
  21:18,19 25:5
  25:13,14,16
  27:6 34:10
  37:25 38:2,6
  38:12,13,20,25
  40:9,18 41:6
  42:20 45:16
  46:5,11 48:9
  48:14 54:23
  55:10,10 56:6
  56:12,14,20,21
  57:3,14,24,25
  58:2,3,8,10,23
  59:8,11,11,25
  60:10,19 61:10
  61:12,16,17
  62:11 63:21,22
  69:15 75:24
  76:10,13,17
  78:5,14,14,15
  78:20 81:8,9
  82:15 86:25
  87:9 88:2
crimes 19:3
  22:13 25:8
  26:5
criminal 14:3,14
  24:25 25:18
  26:1 27:9
  34:11 68:15,17
  69:6,7,8,10
  70:11 71:10,11
  71:13 80:23
  83:18
criminally 33:11
crisnet 43:13,13
  43:16 71:23
  74:2 75:1

crisnets 35:8
cross 55:25 56:3
csr6479 1:13
cup 39:3
currently 4:21
cyber 22:13

─────────────
         D
─────────────
damage 29:13
  44:23
darlene 1:13
  5:10 94:5,23
  94:23
darryl 1:6 39:16
  39:17
dash 55:8 56:8
  56:19 58:14
date 4:19 54:25
  55:1,1 71:2,4
  72:20
dated 3:11 33:1
  70:3,12
dave 17:24 18:2
  21:17,17,21
davenport 20:15
david 1:19 17:19
  17:20 21:18
  31:5 58:16
day 23:3 46:23
  88:12,13 94:21
days 25:25 46:24
deal 5:7 62:18
debra 9:17,21
december 6:25
decoys 11:6
deep 10:15
defendant 77:1,2
  77:4
defendants 1:10
  2:6
defined 43:13,15
  55:10
definition 87:5
degree 20:20
degrees 20:17,19
delegate 6:9,15
delicti 88:24
department 2:2
  4:22 8:7 9:5
  13:13 19:16,18
  20:6 22:23
  35:19 38:10
  53:22 54:19,22

John F. Kennedy                                    September 14, 2010

86:11,22
**departmental**
  33:20 69:6
**departmentally**
  33:14
**departments** 14:4
**deposition** 1:12
  4:11 5:2 27:12
  32:25 34:1
  93:11 94:7,12
**depositition**
  54:14
**depository** 53:20
**deputy** 1:7 14:25
  15:8,10 43:19
  44:5,5,6 45:1
  48:12,25 54:5
**description** 3:10
**design** 34:24
  68:13
**designate** 38:24
**designated** 76:14
  76:18
**designed** 36:12
  56:9
**destroy** 56:4
**destroying** 81:2
**destruction**
  57:10 59:2
**detail** 7:10
  16:17,18,20
  17:23
**details** 82:13
**detective** 25:10
**determination**
  48:13
**determine** 60:9
  61:12 65:4
  78:10 80:6
**determined** 56:15
  61:16 78:25
  79:2,4,19 80:1
  80:5
**detroit** 1:6,6,7
  1:7,8,8,9,16
  2:2,4 3:13 4:1
  4:21,25 6:21
  20:15 25:22
  29:12 54:15,19
  54:22
**develop** 34:24
**dialogue** 82:25
**didnt** 14:10 21:2

23:20 24:3,15
  25:2 26:8
  35:21 42:17
  47:11,13,14,15
  48:8,10,13
  49:8 50:7,25
  51:24 52:10
  60:4,5,17,21
  60:22 62:16,20
  62:22,23 63:1
  63:16,17,22
  65:25 66:10,20
  67:1,13,13,16
  67:18,23 68:6
  69:25 70:1
  74:24 75:24
  76:4,5,9,12,13
  76:17,20 82:10
  82:11 83:23,24
  84:19,23 87:23
  88:6,16,18,21
  89:7 90:18,19
  91:13
**died** 10:24
**difference** 25:4
  33:16
**different** 68:19
**direct** 64:3
**directed** 42:24
  54:5 57:15
**direction** 44:3
  44:13 48:8
  54:21 55:7
  56:24
**directions** 42:9
  42:12
**directly** 44:3
  64:22
**disagree** 77:25
**discard** 89:22
**discarding** 90:15
**disclose** 66:14
  79:6
**disclosed** 62:7
  66:10 80:6
**discovered** 79:10
  79:11 80:2,4
**discretion** 61:17
  62:10 69:17
  89:2,4
**discretionary**
  61:13
**discs** 50:5

**discuss** 76:20
**discussion** 48:12
  50:12 89:19
**dispatched** 43:4
**dispatching**
  51:12,13
**disposed** 77:5
**disposing** 65:9
**district** 1:1,1
  39:20 44:4
  64:23 65:1,12
  65:15,21 77:5
**division** 1:2
**document** 33:5
  39:7 45:7
  62:20,22 63:1
  83:3
**documentation**
  45:22 49:6
**documented** 62:12
**doesnt** 56:3
  62:10 63:12
  69:17 77:16,21
  80:5 83:2
  85:13
**doing** 30:25
  38:18 39:20
**dolunt** 14:20
**donald** 15:3
**donaldson** 72:10
  76:17
**donated** 91:18
**dont** 5:14 7:16
  8:9 11:11,13
  11:22 12:1,10
  23:9,9 24:19
  25:24 26:3
  29:24,24 31:5
  31:6,7,15,22
  32:5,5,11,14
  32:16 33:9
  39:18 41:16
  45:21 48:2,22
  51:4,14 52:12
  52:18 53:11,17
  60:3 65:13,17
  69:5,13,14
  71:1 73:11,20
  74:3,7,8,14
  75:5,18,21
  79:7,25 80:8
  80:15,16 81:14
  82:8,9 83:6

84:22 88:21
  89:3 90:21
  91:5,5 92:2,6
  92:12 93:9
**dpoa** 8:5,11
**drank** 81:6
**draw** 78:4
**dream** 36:10
**drink** 80:15
**drinking** 28:8,10
  30:9 91:11
**driver** 29:14
  31:2
**drivers** 29:17
**drunk** 81:5
**due** 10:12 38:4
  58:8
**dug** 10:15
**duly** 4:7 94:8
**dump** 66:15
**dumpster** 77:6
  87:14
**dunlap** 1:8
**durant** 42:6
  70:22
**duty** 7:6 41:5
  42:21,22

_____
        **E**
_____
**earlier** 45:9
  60:1 71:18
  76:19 82:23
**early** 28:4 87:21
  88:10
**east** 8:23 9:9
  29:5
**eastern** 1:1
  43:25
**effect** 39:4 51:3
  73:17
**effective** 55:1
**either** 40:13
  47:13,15 63:6
  63:17,25 64:6
  77:19 88:12
  94:17
**elected** 6:13
  8:10
**election** 6:13
**elementary** 13:24
**elements** 82:15
**elizabeth** 8:25
**ella** 1:8

John F. Kennedy                                September 14, 2010

**elses** 34:25
**emergency** 58:8
**employee** 13:12
  13:18 94:17
**employees** 24:25
  25:2
**empty** 37:11
  44:24 62:18,21
  63:2 64:17
  65:9 77:3
  80:22 81:7
**ems** 31:25 37:4
  37:10 84:23
  85:3
**enforced** 24:8
**engage** 11:5
  58:23
**enter** 56:21
**entire** 73:18
**entity** 38:17
**entries** 56:24
  57:1
**entry** 22:11
  58:11
**equivalent** 56:3
**erect** 58:2
**escapes** 9:18
**especially** 81:8
**esq** 1:19 2:3
**establish** 46:17
  59:10 60:10
**established** 58:9
**establishments**
  11:4 24:11
**estimate** 34:15
  34:17
**et** 23:13 59:14
  59:15
**event** 11:18
  58:25
**events** 33:20
  34:8
**eventually** 34:24
**everybody** 71:4
**everybodys** 70:14
**evidence** 38:15
  38:16,24,24
  39:6,7 41:9
  45:5,6,7,8,13
  45:18,24 46:3
  47:5,7,10,11
  47:17,18,19
  48:9 55:9,12

  55:16,17,20
  56:4 58:15,25
  59:2,3,5,14,16
  59:25 60:4,5
  60:19 77:11,17
  80:24 81:2,2,9
  84:7,11 85:11
  87:24 88:19
**evidentiary**
  57:10 58:24
**exactly** 24:6,19
  36:17 59:23
  73:14
**exam** 77:24
**examination** 3:5
  3:6 4:15 25:20
  93:1
**examined** 4:8
**exception** 23:16
**exculpatory** 84:7
  84:11 85:9,18
  85:19
**executive** 22:10
  48:15
**exercise** 62:10
  69:16
**exhibit** 3:10
  32:25 33:5,18
  34:1 35:6
  54:14,18 55:4
  70:3 74:12,15
  74:16 75:7,23
  76:21
**exigent** 58:21
**exist** 58:21
**exit** 58:11
**expect** 38:20,23
  38:25 39:12
**experience** 12:19
  26:8,9,12
**expertise** 10:12
  10:17 11:17,19
**expires** 94:24
**explain** 8:4
  13:23
**extending** 58:9
**extensive** 29:13
**extent** 26:19
  73:18
**extreme** 57:7,9

―――――――――――
           **F**
―――――――――――
**face** 65:13

**facet** 36:4
**fact** 30:23 35:14
  35:22 42:16
  44:24 62:20
  78:9
**factor** 85:9,10
**facts** 69:15 78:3
  89:20
**fair** 37:25 55:3
  66:5 86:24
**fallen** 40:12
  46:10
**familiar** 38:9
**family** 18:11
**far** 6:8 13:23
  33:13 43:14,15
  82:2 86:20
  90:10,16
**fatal** 38:6
**fears** 9:17,21
**feasible** 57:2
**february** 13:9,14
**feel** 92:7
**female** 31:17
  36:25 37:1
**fifth** 67:3,11,13
  68:3
**figurative** 55:25
**file** 29:23 32:5
  32:7 49:16
  50:1,3,7,8
  70:24 73:9,22
  74:1
**files** 29:25
**finally** 14:22
**financially**
  94:17
**find** 25:14 27:6
  27:7 49:9 66:1
  74:4
**findings** 48:1
**finite** 82:13
**firearms** 59:14
**first** 1:15 2:4
  4:7 9:25 14:17
  16:13 17:2,17
  21:23 22:10
  31:8 41:21,22
  43:9 46:7,18
  52:15 61:4,7
  69:6,7 73:21
  76:14 87:13
  90:22

**fitzgerald** 4:18
**five** 46:24 53:1
**flashlight** 29:16
**focal** 58:9
**folks** 41:18
**following** 58:18
**follows** 4:9
**food** 63:2,2
  64:17 65:10
  77:9
**force** 5:7 19:3
  36:5
**forget** 9:1 40:22
**fork** 45:10
**form** 61:23 62:12
  66:19 67:19
  69:21 78:17,18
  85:23
**formal** 34:20
  35:1
**former** 17:16
  27:16 72:3
  91:19
**formulating**
  25:17
**forth** 13:22
**found** 10:16
  83:23
**four** 14:24 31:1
  57:8,20,20,21
  75:2
**fred** 14:18 15:3
**full** 94:13
**function** 6:19
  13:21 53:24,25
  54:1
**functioning** 65:3
  65:4
**functions** 6:21
  7:4 24:15
**fundamentals**
  26:1
**furlough** 10:13
  10:15
**further** 44:10
  93:8 94:15
**furthermore**
  37:15

―――――――――――
           **G**
―――――――――――
**garbage** 64:16
  65:13 66:15
  77:6

John F. Kennedy                                    September 14, 2010

**gardener** 42:6
  70:21
**garrited** 69:4
**garrity** 66:22
  68:9,10,22,24
  69:9,18 70:7
  72:1 74:2 75:1
  75:11
**gary** 15:7
**gasper** 63:11
**general** 56:8,20
**generally** 33:19
  73:6,14
**george** 19:7,8
**getting** 18:19
  29:10 35:11
  60:2 86:13,17
  91:3
**give** 13:23 19:10
  42:8 45:15
  48:8 50:25
  74:6 81:6
  82:22 87:18,19
**given** 22:23
  35:23 36:13
  94:10,13
**gives** 54:21
  59:13 73:6
**go** 5:24 9:25
  16:13,17,19
  17:12 18:17,23
  19:1 20:10
  22:21,22 30:1
  41:6,15 42:9
  44:14 48:8
  49:4 50:10
  52:17 63:16,17
  66:19 69:20
  75:19,19 77:22
  83:9,11,11,17
  83:23 87:23
  88:16,16 89:2
**goal** 55:20
**goes** 47:25 62:9
  63:20 75:7,8
**going** 5:8,10
  11:23 13:24
  30:24 34:21
  48:20 49:3
  54:13 58:14,14
  66:18 67:19,22
  68:9 69:18
  72:10 77:22,24

78:17,18 79:4
  85:21 86:14
  89:20
**good** 83:2
**gorgeous** 5:10
**gotten** 23:15
  43:25
**graduate** 20:8
**green** 26:1 77:23
**greenfield** 1:20
**grievances** 6:19
**group** 11:2 91:18
**guard** 16:21
**guess** 22:2 25:9
  39:19 65:18
  71:8 83:11,18
**guessing** 76:3
**guilt** 78:10
**guilty** 83:23
**gun** 23:22
**guy** 84:23
**guys** 23:18 42:24

―――――――――
        **H**
―――――――――
**hadnt** 53:7
**half** 79:17
**hall** 19:7,8
**hand** 94:19
**handed** 81:19,19
  81:25
**handle** 6:19,22
  69:8
**handled** 61:1
**handling** 32:2
**happen** 27:6
**happened** 23:18
  32:10 34:10
  36:16 41:19
  55:2 68:16
  72:7
**happening** 11:19
**harm** 56:10
**havent** 47:23
**hayes** 28:6,22
  29:7 37:9 40:2
  40:13,18 43:11
  43:12 46:7,10
  46:18,22 47:7
  47:10 49:21
  50:15,16,24
  51:5 52:23
  53:5,10,14
  61:5 67:15

**hbd** 30:7,8
**head** 9:20
**hear** 5:12 49:20
  51:24
**heard** 49:21 51:5
  84:15
**hearing** 31:8
**hears** 37:1
**help** 35:7 42:17
**heres** 67:18
**hereunto** 94:19
**herman** 18:13
**hes** 22:25 31:4
  37:5 46:18
  49:1 52:9 54:7
  61:8,10 85:17
**hey** 42:9 60:18
  78:14 83:24
  88:16 89:3
**hide** 85:11
**high** 20:8,10
  90:20
**higher** 53:21
**highest** 48:15
**hired** 13:13
**holmes** 14:21
**home** 28:15 29:2
  29:3 37:11
**homes** 60:22
**hooking** 29:14
**hookup** 29:11
**hospital** 32:1
  43:23 44:3,7
  44:11,13,20
  48:17,18 52:17
  53:4 61:20
  62:3 63:7,13
  64:10 78:24
  79:14,23
**hostage** 22:10
**hour** 79:17
**hours** 18:21
  24:11 28:4
**housed** 8:6
**howard** 50:20,22
  50:23 51:2,5
**hypotheses** 78:4

―――――――――
        **I**
―――――――――
**ia** 14:1 50:7,8
  69:5
**idea** 43:18 71:5
**identification**

33:2 34:3
  54:16
**identified** 86:9
**identify** 54:13
**ike** 16:20 17:23
**ill** 31:10 61:23
**illegal** 81:7
**illuminated**
  29:15
**im** 4:25 5:8 6:2
  6:8,25 7:4
  9:24 10:2 15:7
  15:17 21:10,14
  35:4 36:24
  37:24 39:2
  40:20 41:10
  43:8,9,14
  44:18 46:17
  50:2 53:3
  54:12,18 55:2
  56:7,19 57:8
  57:22 58:14,14
  58:18 59:18
  60:25 64:2
  65:2 66:9,13
  66:18 67:19
  68:23 69:13,17
  70:6 72:17
  73:19,20 74:1
  74:5 76:16
  77:15,15,22,24
  78:17,18 80:21
  81:19 83:10
  85:21 90:24
**immediate** 58:3
**impala** 29:11
**important** 5:12
  11:16 82:12
**impounded** 11:7
**improper** 86:17
  86:19
**incident** 33:22
  34:8 49:14
  50:24
**incidents** 28:2
  53:22,23
**include** 55:11
  58:10 59:12
  89:14,16
**included** 64:17
  93:4
**including** 48:6
  78:13

**John F. Kennedy**                                    **September 14, 2010**

incorrect 35:17
indicate 63:12
indicated 11:25
  64:20
indicates 63:10
  64:9
indicating 52:20
individual 34:9
  35:8 47:3
individuals
  10:15 11:2,5
  11:12 13:21
  28:2 34:23
  70:16
infant 86:8
influence 85:14
information
  20:20 25:17
  32:3 46:22
  50:23 53:20
  68:16 72:4,11
  72:13 73:7,8
  85:18,19 90:10
  91:25
informed 63:18
initial 18:13
  27:15 56:6
  58:22 59:20
  60:14 69:5
  70:13 76:18
  91:2
initially 36:20
  89:13 90:11,13
injured 36:4
  56:22
injuries 38:5
innocence 78:10
inquire 31:8,10
inside 29:16
  77:1,4 81:15
  82:3
inspections 11:4
inspector 12:1,9
  12:10 14:17
instances 23:24
integrity 38:16
intelligence
  14:6
intent 68:14,15
  85:10
intents 37:17
  39:10 63:20
  67:10 90:21

interested 21:6
  94:18
internal 7:20,24
  9:25 10:2
  11:25 12:19,25
  13:1,3,4,5,7
  14:17 15:16,22
  20:25 21:3,7
  21:11 22:16
  23:7 24:17,24
  26:9,18,22
  28:1 29:24
  30:20 34:21
  35:15,24 36:4
  91:24,25 92:1
interoffice
  52:20 67:7,9
  72:2 74:15
  77:12,13 88:13
  93:5
interrogation
  22:12,19 24:18
interrupted
  36:11
intersection
  29:10 43:11
  60:16
intersections
  29:9
interview 27:6
  30:22 31:13
  66:21 85:3
interviewed 85:6
interviewing
  25:16
interviews 70:7
  72:1 75:11
intoxicated
  84:20,24 85:9
investigate 14:3
  14:13 24:24
  25:14 27:20
  42:24
investigated
  34:9 65:18
  92:1
investigating
  25:5,8,12,15
  26:4,22
investigation
  26:1,15 27:15
  33:6 36:5,17
  36:21 38:18,19

41:25 42:11
  43:2 60:9 62:7
  65:5,23 66:10
  66:12,13 69:6
  69:16 70:9,10
  70:11 71:9,14
  73:18 75:8,24
  76:1 79:6,9
  80:5,23 82:12
  82:13 83:19
  86:2 89:13
  90:8
investigations
  26:17 69:5
investigative
  26:8,9,12 70:2
investigator
  25:8,10,12
  27:4 39:12,15
  40:6 46:12
  56:25 57:13
  59:9 67:4
  79:15 85:25
  88:15
investigators
  3:12 33:23
  34:2,6,19,23
  35:2 70:13,17
  70:18,19,24,25
  71:2,12,20
  72:21,24 73:15
  74:11,13 75:2
  75:11 77:8
  78:3 89:23
involved 28:7
  35:14,16,23
  67:6 81:16
  90:12 91:4,14
involves 35:19
involving 52:22
irregardless
  8:10 90:15
isnt 8:2 25:7
  61:17 82:12
issue 70:16
  78:13
item 57:10
items 58:24
  59:10,13 64:11
  64:20,23
ive 6:10 22:13
  22:14 23:8
  50:9 65:21

84:19 91:10

---
**J**
---
jail 83:21,23
jan 12:1,2,4,7
january 6:1,24
  10:1 13:13
jeremiah 42:6
  70:21
jerry 2:3 31:3
job 6:7,12 14:12
  17:15 18:9
  19:9 24:24
  78:9 92:11,15
joe 50:20,22
john 1:3,6,12
  3:4 4:5,18
  27:16 42:6
  67:14,18 68:3
  68:13 70:21
johnson 12:1,2,4
  12:7
joined 19:16
  20:6
joyce 43:25
june 70:3,12
  72:23,23,25
  73:1 93:4

---
**K**
---
kalimi 14:19
keep 5:13 13:10
  55:16
kennedy 1:6,12
  3:4 4:5,18
  93:3
kept 32:7
kilpatricks
  91:15,20
kind 7:14 17:22
  65:15 87:19
knew 10:18 17:22
  17:24,25 19:5
  19:20 30:24
know 5:15 8:6
  9:20,21 11:10
  11:11,22 12:1
  12:10 19:8
  20:23 21:15
  23:8,9,10
  24:20 25:8
  31:7,17 32:6
  32:11 38:13

John F. Kennedy                    September 14, 2010

39:2,18 40:21
41:18 43:8
48:2,12,21
49:11,21 51:14
52:9,12 53:11
55:24 56:3
60:4 61:7
62:10 65:22
66:5 69:5,11
70:25 71:1
73:20 75:21
76:9 79:13,25
80:9,15,16
81:14 82:2,8,9
84:7,7,23
88:21 89:20
91:1,5,5,7,9
91:11,14,17
92:2,6
**knowing** 91:10
**knowledge** 9:7
45:21 47:9
62:25 63:4
**kwame** 91:15,19

_____

**L**

**labeled** 38:6
**lady** 74:4 84:13
84:15,18
**larger** 18:19
**law** 2:2 68:6
**lawrence** 21:4,24
**laws** 24:8
**lawsuits** 5:7
**lawyer** 92:21
**learn** 28:10
36:17 87:13
92:3
**learned** 52:14
88:10,15
**leaving** 18:17
56:13
**led** 33:20
**left** 44:13 52:17
53:3,4 64:9
**legal** 85:22
91:21
**letters** 29:18
30:13
**level** 26:17
39:19 79:1,6,7
79:11,20 80:10
80:11 81:6

82:24 90:14,19
**lewis** 20:16
**lieutenant** 5:24
14:19,21,21,22
15:12 21:2,3
21:13 63:11
**lieutenants** 5:1
6:14,16
**lights** 29:9
**limit** 35:21
91:21,21
**limited** 59:12
**line** 41:17 46:16
55:25 56:4
**liquor** 11:4 24:8
30:3,5,6
**list** 74:5 75:2
**listen** 67:14
69:3
**litany** 59:13
**little** 38:23
73:6
**livernois** 20:3
**local** 24:9 25:18
**locate** 57:11
**located** 38:24,25
**location** 38:7
51:13
**locations** 8:6
**locking** 11:3
**log** 85:5
**logan** 1:7 43:20
44:5,13,23
45:1 48:1,8,10
48:13,16,18
51:24 53:15
54:5 61:21
62:3 63:8
**long** 9:4 14:20
15:24 17:10
19:15 20:5
23:3 30:18
73:19 91:10
**longer** 16:18
37:5
**look** 29:15 41:13
57:17 69:7
88:16
**looked** 29:16
90:13
**looking** 53:1
65:12
**loss** 59:1

**lot** 19:20 22:13
22:14 65:1,16
88:20
**lsa** 6:5,10,19
7:3,7,21 8:1,5
8:11

_____

**M**

**machine** 5:11
**maintained** 38:2
**maintaining**
38:16
**making** 39:8 57:1
**male** 31:18
**man** 23:22 92:14
**mandatory** 69:14
**manner** 56:9 59:8
**manual** 3:13
25:22 38:10
54:3,6,7,15,19
54:21 76:2
**mark** 32:12,16,21
33:25 54:12
55:15
**marked** 3:10 29:8
33:1,17 34:3
54:16 55:3
70:2 74:12,15
76:10
**marking** 54:18
**marriage** 94:16
**martin** 15:4,6
**materials** 25:21
**math** 5:18
**matter** 33:6 52:9
60:12 72:4
73:7 75:22
89:1 94:8
**maximizing** 56:11
**mayor** 91:19
**mcclure** 14:18,19
**mckinnon** 16:16
16:20 17:23
18:10
**mcnichols** 9:9
**mean** 31:24 35:21
48:25 52:5
53:23 65:20
80:1 82:12
83:14 85:14
91:2
**meaning** 75:7
**means** 70:16

**medic** 31:24
**medication** 85:15
**meet** 15:15,18
**meeting** 73:19
**member** 4:21
35:19
**members** 6:20
**memo** 3:11 32:25
64:3
**memorandum** 52:20
67:9 72:2
74:15 77:12,14
88:13 93:5
**memorandums** 67:7
**mentioned** 37:14
43:16
**met** 21:17,21,23
44:10
**method** 59:8
**michael** 18:14
**michigan** 1:1,15
1:16,20 2:4
4:1 24:9 94:1
94:6,20,24
**mid1994** 17:11
**mike** 16:16
**mile** 9:9
**minute** 26:17
73:15 80:21
89:8
**minutes** 73:21
75:15
**misconduct** 14:3
14:14 26:23
33:9,12,13,17
33:19
**missing** 41:10
74:1
**mistaken** 40:20
**moment** 63:9
**money** 91:19
**monitor** 64:25
**monster** 26:1
77:23
**months** 14:13
15:25
**morality** 10:18
11:2 12:14
**morning** 28:4,25
79:12
**motley** 43:25
49:1
**moving** 57:2

John F. Kennedy                    September 14, 2010

**municipal** 1:9

---

**N**

**name** 4:17 12:4
  12:25 17:17
  31:17,19,21
  37:9 39:15
  50:20 70:14
**named** 34:9
**names** 25:24
  41:16 42:4
**narcotics** 10:9
  12:9,12,16,17
**national** 1:15
  2:4
**nature** 36:14
  42:20 53:23
  57:25 69:6,10
**necessarily**
  25:11 59:20
**necessary** 47:4
  57:11 58:1
**need** 7:9 12:4
  24:3 46:16
  49:25 51:4
  67:5 73:16
  75:20 87:19
  89:22 90:18,19
  90:21,23
**needed** 10:13
  16:18 17:22
  73:7
**needs** 6:22 87:17
  87:18
**neglect** 42:21,22
**negligence** 69:7
**negotiation**
  22:10
**neither** 40:18
**never** 6:10 35:1
  43:22 45:22
  47:7,10 74:22
  75:7,8 78:15
  78:16,20,20,25
  79:2,4
**nice** 5:9 90:16
**night** 79:12
**ninth** 15:23
**nope** 66:4
**normally** 21:19
**north** 9:9
**northeastern**
  64:23 65:1,12

65:15,21 77:5
**northwest** 29:6
**northwestern**
  20:11
**notary** 1:13 94:5
  94:23
**noted** 46:22
**notes** 32:4,7
  72:18 73:1,2
**notice** 4:12
  45:15
**notification**
  49:2,7,10,13
  50:15 51:9,25
  52:2 53:9,16
  53:18 54:6,6
**notifications**
  49:4 51:1,2,4
  51:24
**notified** 45:1
**novi** 94:20
**number** 32:25
  33:5 34:1 39:4
  54:14,18 73:16
  74:14 75:8,24
  76:21,23,24
  77:1,2,8

---

**O**

**oakland** 1:14
  94:3,6,20,24
**object** 61:23
  66:18 78:17,18
  85:21,23
**objection** 26:24
  62:4 69:21
  81:10 82:5
**objects** 57:2
**obligated** 67:4
**observation**
  85:16
**observations**
  45:2
**observe** 62:13
**observed** 37:10
  37:10,11 61:20
  77:2
**obtained** 49:12
  51:23
**obvious** 55:23
**obviously** 19:24
**occasions** 65:22
**occur** 10:23

**occurred** 34:9
  35:6 58:10
  59:21
**offduty** 52:5
**offer** 11:5 68:9
**offered** 68:10,22
  68:24
**office** 8:14 9:11
  9:13 17:14,21
  18:7,9,17
  21:20 24:2
  26:16 27:9
  33:11 34:11
  42:16 68:17
  70:15 71:13,17
  72:22 73:20
  90:7
**officer** 1:6,6
  5:17,21,22 7:4
  7:5 13:8,9,10
  15:11 16:8,25
  17:4 19:22
  22:4,25 23:12
  24:7 25:5 35:8
  35:9,19,22
  37:19,22 39:13
  40:25 47:22
  58:22 59:4
  69:1 76:24
  83:25 93:3
**officers** 14:8
  24:25 26:5,5
  26:23 30:24
  31:1,13,16,19
  36:4 37:14
  40:21 41:22,22
  41:25 42:6,14
  43:10,12 46:20
  47:15,17 54:21
  55:17 56:10,12
  56:19,21 57:1
  57:25 58:23
  59:1,7,20
  60:13,15 70:19
  70:20 72:2
**official** 6:10
  8:10 46:5
**officially** 78:15
**oh** 11:13 15:7
  21:6 23:1
  24:23 57:22
  62:11 63:9
  73:20 76:20

**okay** 5:8,15,23
  6:23 7:2,25
  8:13,17 9:5
  14:1 19:17
  21:6 22:8 23:5
  24:23 25:12
  30:19 33:8,23
  34:6,13 37:25
  42:3,4,14
  43:19,22 51:20
  53:12 61:3
  63:5,15 71:8
  72:7 75:15
  76:3 78:1
  89:24 91:7,11
  93:9
**old** 5:18 9:6
  19:13 25:25
  77:22
**once** 5:4
**ones** 18:13
**ongoing** 56:14
**onlookers** 58:2
**onus** 40:15 46:10
**operations** 11:5
  24:8 44:1
**opinion** 25:4
  85:17 90:15
**opportunity**
  66:21
**opposed** 53:14,14
**options** 19:1
**order** 27:11
  45:18,24 55:20
**ordered** 63:25
  64:6
**organization**
  91:23
**original** 32:17
  32:17
**osborne** 1:6
  39:16,17,25
  40:13,15,17
  46:11
**ote** 11:4
**ought** 92:21
**outside** 7:2 22:8
  65:1,13 82:3,4
**outward** 58:9
**overhead** 29:8

---

**P**

**package** 27:8

71:18 74:10
75:5 76:1,7
**packet** 71:20
72:8,9 74:7,18
75:9 93:3,4
**page** 3:3 56:7
57:21
**palmer** 31:19
37:15 40:24,25
43:6
**paper** 57:23 92:4
92:6
**parade** 7:10
**paragraph** 57:8
57:20
**parent** 8:11,12
**park** 9:2,3
**parking** 65:1
**parshell** 15:3,5
**part** 24:10 25:23
53:25 54:1,20
71:11 73:24
77:11
**particular** 7:23
11:18 33:22
38:8,17 73:7
75:22 89:1
**parties** 94:16
**partner** 31:18,20
**partners** 31:21
**parts** 19:9,25
20:2,3,4
**passed** 42:14,17
88:4
**pastel** 14:21
**paths** 58:11
**patrol** 15:23
16:1,3 17:4
57:13
**pcrs** 24:4 71:23
**people** 9:16 11:9
19:20 30:22
34:22 48:19
51:11 61:3
85:3 91:22
**perfluous** 53:22
**perimeter** 55:8
**period** 28:3
**permitted** 56:24
**perpetrators**
56:23 57:12
**perry** 18:13,25
**person** 25:15

30:20 37:4,8
61:4
**personal** 18:10
24:2 32:18
94:12
**personnel** 4:25
5:23,25 6:5,7
6:8,11 7:19,22
7:24 8:19,21
8:25 9:3,8,24
10:2
**phone** 28:12,13
30:3 63:11
73:16
**physical** 55:9
**physically** 71:17
**pick** 47:18
**picking** 81:1
**picture** 29:19,21
30:1,2,15,16
30:17 31:4,9
82:18,20
**pictures** 30:18
**place** 36:18
52:15 66:16
77:2,3 94:9
**places** 66:6
**plaintiff** 1:4,22
**plaintiffs** 33:5
75:7,23 76:21
**plastic** 77:3,3
**plate** 29:12,12
**plenty** 47:22
66:6
**point** 23:6 26:10
42:11 58:10
66:23 68:25
69:2 72:13
92:7
**points** 58:11
**pole** 36:7
**police** 1:6,6,7,7
1:8,8,8 3:13
4:21 5:1,17,21
5:22 7:2,4,5
8:7 9:5 13:8,9
13:10,12,14,15
15:15,19 16:8
16:16,25,25
17:25 19:10,16
19:17,22 20:6
22:4,25 23:12
23:25 24:7,11

24:25 25:5,22
26:5,5,22
30:25 35:19,22
36:3 40:25
41:25 42:14
43:14 46:20
47:15,17,22
51:13 53:22
54:15,19,22
55:17 60:12
64:23 86:10,14
86:14
**political** 92:7
92:12
**pop** 52:10
**portion** 71:10
**portions** 82:19
**position** 7:16
**possible** 25:17
25:18 31:11
36:13 45:25
**potential** 33:20
55:9 56:10
58:11,24
**precinct** 15:23
66:3,8 67:15
87:15,23
**precincts** 17:7
23:13,25 64:25
**prepare** 27:11
**prepared** 27:15
34:13 72:2
77:12
**preparing** 34:19
35:2
**prescribed** 59:9
**presence** 94:11
**present** 6:4
25:17 27:8
68:16 89:4
**presented** 34:11
42:15 72:8,9
75:4,6 93:3
**preservation**
56:20
**preserve** 39:6
41:8,9 48:9
60:20 61:10
86:18
**preserved** 47:10
55:16
**preserving** 38:15
38:16

**president** 6:22
**pressure** 92:7,12
**presumably** 65:7
**presume** 61:21
62:2 69:15
**pretty** 65:2 87:6
**prevent** 57:9
59:1
**prevention** 18:1
21:16,18,19
**previous** 10:12
10:19 34:22
**prior** 7:18 10:20
16:5,6 26:18
29:13 34:13
36:18 40:6
41:14 42:1
71:6 79:4
88:10 90:9
91:2
**probable** 81:16
86:24 89:3
**probably** 31:24
32:2,5 36:1,5
55:15 88:12
**problem** 78:5
91:12
**proceeding** 13:23
13:25
**processing** 59:5
**professional**
12:24 13:1,4
**promoted** 16:9,11
16:23 21:11
**promotional**
25:20
**proof** 83:9,11,18
**proper** 57:15
59:4
**properly** 61:2
**property** 9:24
**prosecute** 68:10
68:13
**prosecuted** 69:11
**prosecuting**
33:13 72:9
**prosecution**
68:17
**prosecutor** 25:18
71:16 73:3
74:19 78:12,13
78:16,20 82:19
82:22,25 84:17

John F. Kennedy                          September 14, 2010

93:4
**prosecutors**
  26:16 27:8
  33:11 34:11
  42:16 68:17
  70:15 71:13,17
  72:22 84:11
  90:7
**prostitutes** 11:3
  11:8 24:7
**prostitution**
  11:6
**protect** 41:2,7
  46:2 47:5
  55:20 59:24
**protection** 18:10
  22:10 24:3
**provide** 50:7
  75:24 76:4,5
  78:12 85:19
**provided** 50:4
  67:7 69:9
  77:17
**provision** 54:7
  54:12,18 57:5
  57:6,16 59:24
  61:8
**provisions** 55:4
  66:22
**public** 1:13
  55:16 94:5,23
**pulling** 65:16
**purpose** 11:21
  12:3 15:16
  34:6 38:13
  39:5 45:6
  53:19 56:2
**purposes** 4:13
  11:6 37:16,17
  38:14 39:8,10
  39:20 56:22
  57:1 63:21
  67:10 90:22
**pursuant** 4:12
**pursued** 33:21
**put** 23:24 27:7
  28:21 40:15
  45:12 47:11,19
  73:9 89:18
**putting** 80:18
  91:3

─────────────
Q
─────────────

**question** 5:12
  7:21 38:9 45:5
  53:18 58:17
  65:19 66:13,20
  69:20 71:8
  78:18 83:7,15
  83:17 89:10
  92:23
**quick** 32:3
**quickly** 36:13
  92:10

─────────────
R
─────────────

**radio** 16:1 23:15
  51:21
**raid** 22:11 24:10
**raids** 24:10
**ran** 11:2 36:7
**rank** 6:2 12:20
**ranking** 48:15
**ranks** 53:15
**read** 42:4 52:13
  58:14 61:8
  67:19 76:21
  92:4,6
**reading** 56:7,19
  57:8 58:18
  59:18
**ready** 29:10 60:2
**real** 50:20
**really** 24:3
  46:16 48:23
  49:6 66:17,20
  92:15
**rear** 29:16
**reason** 18:17
  70:12 78:2
**reasonable** 86:25
  87:3,4,7,9
**reasonably** 55:11
**recall** 7:13
  15:17 26:7
  27:3 31:16,16
  31:22 41:16
  42:5 49:23
  51:6,7,21 57:4
  57:16 72:13
  73:11 83:20
  85:6
**receive** 22:17
  26:4
**received** 28:3,20
  28:24 34:21

53:21 58:22
  63:11
**receptacles**
  65:13
**recess** 32:24
  84:4 90:2
**recognize** 54:20
**recollection**
  35:5,7
**recommendation**
  25:19 27:9,10
  34:12 90:11
**recommended**
  72:14,15,19
**record** 4:17 5:14
  32:23 33:3
  49:8 50:10,12
  50:13 58:7
  84:3,5 90:1,3
  92:24
**recorded** 49:9
  94:10
**recording** 59:5
**records** 27:11,14
  52:16
**recruit** 13:16
**redirect** 40:21
**reduce** 56:10
**reelected** 6:25
**reelection** 91:15
**reference** 45:9
  71:3 84:18
**referring** 57:19
  79:8
**reflect** 39:15
  41:17 52:16
  63:6 72:18
  73:1,3
**reflected** 81:18
**reflects** 39:23
  39:25 40:2
**refresh** 35:5,7
**regard** 50:24
  75:23
**regarding** 72:4
**regards** 65:20
  72:12 80:19
**regular** 25:6
**regulations** 14:5
**related** 55:9
  69:10
**relating** 78:4
**relationship** 8:9

27:16 33:22
  34:10 49:13
  51:22 74:4
  82:25 89:23
**relative** 65:23
  72:4,15
**relatives** 19:17
**released** 56:16
**relevant** 55:4
  80:17,18 85:17
**reliance** 1:26
  2:24
**remain** 56:14
  67:20
**remember** 11:13
  12:11 17:16
  22:14 23:6
  24:19,21,22
  25:24,25 26:3
  28:23 31:20
  53:10 55:13
  72:5 73:14
  82:24 84:21,22
  84:24 85:1
**remembered** 17:18
**remove** 89:21
**removed** 59:6
**render** 42:17
**reorganizations**
  13:3
**repeat** 64:2
  80:21
**replaced** 11:9
**report** 3:12 8:13
  27:15 33:9,12
  33:17,17,19,23
  34:2,7,19
  39:15,21,22,25
  40:2 41:17
  46:23,23,24
  49:1,2 52:13
  53:2 63:5,16
  70:2,14,17,18
  70:19,24,25
  71:2,21 72:3,5
  72:21,24 73:15
  74:11,13 75:2
  75:11 77:8
  81:18 89:23
**reported** 14:18
  44:20,23,24
  48:4
**reporter** 5:9,10

John F. Kennedy                                     September 14, 2010

**reporting** 1:26
2:24 48:19
**reports** 24:3,11
24:12 26:15
30:25 34:23
35:2,9 43:13
43:13,14 47:25
71:12,23
**represents** 33:6
**request** 58:1
71:15
**requested** 12:2
85:5
**requests** 26:16
**reserve** 17:25
19:11,15,24
21:21,23
**resist** 58:1
**respect** 85:10
**respond** 23:18
28:2,5 35:20
**responded** 23:22
28:22 36:6,20
52:22 53:5
**responders** 22:11
**responding** 43:10
56:19,21 58:22
59:1,7 60:14
**response** 5:13
14:9 17:6
49:17 56:6
81:24
**responsibilities**
7:2 54:23
**responsibility**
40:12 47:3
61:7,15 84:10
85:19
**responsible**
24:16 30:25
38:18 59:4
**retrieve** 87:23
**retrieved** 76:25
77:9 86:2,4
**retrieves** 63:24
**returned** 59:2
63:14
**revealed** 65:7
**review** 27:11,14
54:25 55:1
77:12
**reviewing** 72:10
73:22

**richards** 20:4
**right** 9:10,20
12:15 17:8
21:10 23:9
25:4,24 26:10
26:19,23 32:22
35:1 36:2,22
39:22,23 40:20
43:3 44:1,14
45:24 46:3
47:25 48:11,20
48:25 49:2,16
51:21,25 52:2
55:15,17 56:17
59:22 60:5,5,5
60:21 61:5
62:2 66:1,13
67:2,2,3,11,16
67:20,21 68:1
68:3,7,11,22
71:18,21 73:9
73:13,24 75:9
75:16,19,25
77:10,11 78:16
79:9,24 80:7
80:10,15,24
81:3 82:24
83:2,2,12,13
83:22,25 85:4
85:7,10 86:6
87:25 88:3,10
88:17,18 90:9
91:1
**rights** 67:18,19
74:6,8
**riot** 7:14
**road** 1:20
**robbery** 13:22
**robert** 1:8
**robinson** 1:19,19
3:5 4:11,16
27:1 31:3,7,12
32:12,16,20
33:3,4,25 34:5
34:16,18 48:24
49:15,25 50:2
50:5,8,11,13
50:14 51:14,19
54:17 58:18,20
62:1,6 66:24
68:21 69:22
70:23 78:19
79:22 80:13

81:12 82:7
83:8,16 84:5,6
85:24 89:15,25
90:3,4 92:14
92:18,21 93:9
**rode** 42:1
**role** 7:25 25:12
27:4 64:1 78:2
**ronald** 72:10
**roosevelt** 21:3
21:12,15,23
**rossi** 63:11
**route** 66:2 67:14
**rule** 23:16
**rules** 4:13 14:4
14:14
**run** 9:10,13
10:14 27:4
43:3
**runs** 16:1 23:15
23:25 51:13,13

—————————
S
—————————
**s168** 1:6
**safety** 56:11
**saw** 21:19 29:17
29:19 44:17
45:19 48:4
63:21 84:14,15
85:1,1
**saying** 13:10
18:24 68:18,18
**says** 35:9 53:2
56:6 57:23
59:24 70:13
77:8,11 79:9
**scene** 30:22
31:14,25 35:4
36:13,18,18
37:2,4,9,16,19
37:20 38:1,2,6
38:8,13,17,20
39:14,17 40:10
40:18 41:1,7,7
41:10,18,21
42:1,15 43:22
44:14,16,17,19
44:21 45:16
46:2,5,11,19
47:4 48:9,14
48:17,18 52:17
53:3 55:10,24
56:9,16,20,25

57:3,24 58:2,4
58:8 59:3,6,8
59:10,17,25
60:10,13,19,20
61:4,9,10,12
61:16,17 62:9
62:11 63:13,14
63:22,22 64:1
64:10,22 66:2
75:24 76:10,13
76:15,17,19
78:14,15,15,20
78:24 79:5,21
79:24 80:9
**scenes** 38:12
54:23 56:6,12
56:22 57:14
58:23
**school** 20:8,10
**scout** 29:8
**screwing** 55:17
**search** 57:11
59:8 79:15,16
**searched** 55:11
**seat** 62:21 64:13
65:8 77:19
86:3,4,6,8,9,9
86:13,18,21
**second** 15:12
42:7 43:7
60:15 69:7
85:7
**section** 9:22,24
12:24 13:5
16:6,22 17:4
18:4 19:2
23:11 26:14
57:19
**secure** 58:3
**secured** 38:7
**securing** 56:23
**see** 27:19 29:7
30:3 38:20,23
38:25 41:13
60:4,5 63:22
68:15 74:9,14
**seeing** 30:10
**seen** 44:20,24
46:25 60:23
63:18 84:19
90:13
**sees** 37:1 63:20
**send** 83:21

John F. Kennedy                                    September 14, 2010

sense 9:10 55:25
  86:13
sensitive 36:14
  53:20,23
sent 52:19
sentences 76:22
separate 70:15
  70:16,17,19
september 1:16
  4:2 9:12 94:21
serda 39:22
  40:18 44:10,13
  44:16,19 45:18
  46:11 47:13,25
  48:8 52:2
  53:14 54:10
  61:15,20,20,21
  62:3,24 63:17
serdas 63:5
sergeant 6:3,16
  6:18 8:1 9:17
  9:17 12:21,22
  14:18 18:13,25
  19:5,6 21:12
  24:14 37:9
  40:2,13 43:11
  43:12 46:18
  49:21 50:19,20
  50:23,24 53:9
  53:14 61:5
sergeants 5:1,24
  6:14,17 49:22
serious 58:23
seriousness
  57:25
served 79:14
service 23:11
services 13:19
  17:4 18:4 19:2
set 59:24 69:14
  94:19
seven 10:19
severity 38:4
sexual 13:21
seymore 28:6,22
  29:7 52:23
  53:5 67:14
sheet 73:6
sheets 85:5
sherwood 8:22,23
  8:23 9:8
shine 22:1
shoot 24:22

shorthanded 17:7
  24:1
shotgun 22:12
shouldnt 51:1
  90:12
shouldve 6:2
  40:9 74:7
  76:17
showed 31:24
  41:14 43:9
  45:22 55:24
shower 28:21
sic 77:2
side 8:23 29:4,5
  29:17 36:5
sides 78:12
signed 6:5 72:24
  83:1
significant 54:1
silent 67:20
similar 52:8
simmons 17:16,19
  17:20
sir 4:17 23:14
  67:25
situations 23:22
six 9:9 10:19,21
  14:12 15:25
small 26:17
solicit 11:5
somebody 12:5
  34:25 35:8
  49:3 50:18
  56:3 60:20
  83:21 85:16
  87:23
somebodys 60:19
soon 31:11 45:25
  86:14
sooner 80:6
sorry 6:2 9:24
  10:2 15:7
  21:10 35:5
  43:14 44:18
  50:2 53:3 55:2
  57:22 64:2
  66:13 68:23
  72:17 76:16
  80:21 81:19
  83:10 90:24
sort 66:15
sought 18:4
sounds 51:1

southern 1:2
southfield 1:20
speak 66:16
speaks 54:3
special 17:23
specific 7:25
  11:20 26:4,5
  26:21 27:2
  42:8
specifically
  11:1 23:7
  77:17
specification
  54:21
specter 20:3
speculation
  81:11 82:6
  83:5,12,17
spoke 91:5
sponsored 22:23
squad 38:6
ss 94:2
stage 36:10
stair 1:7 11:24
  14:23 15:11
  28:4,11,13
  30:3 35:12
  42:8 52:20,24
  60:17,18,18
  64:4,4,20 67:5
  68:5 69:3
  87:16 88:11
  89:20 91:1
  93:5
stamped 53:11
stands 11:4
start 76:22
started 6:24
  72:10
starts 34:25
state 1:14 4:17
  24:9,9 94:1,6
  94:20
statement 63:19
  63:25 64:3,9
  66:25 67:9
  68:5 77:25
  87:18,20 88:9
  88:11
statements 30:23
  67:6 74:3
states 1:1
station 47:19

64:23 77:5
stay 10:2
stayed 17:10
stenographically
  94:10
steve 9:19 14:20
steven 9:19,23
stick 32:17
stop 42:17
stopped 66:14
store 19:9,25
  20:2
stories 19:10
straightforward
  88:9
strange 50:20
street 8:19,21
  9:1 81:8,23
studied 25:20
study 25:21 26:2
  77:24
studying 25:24
stuff 20:23 32:3
  45:3 58:6 65:2
  73:5
style 34:24
styrofoam 39:3
subject 7:9,13
  28:16 54:7
submit 73:15
submitted 71:13
  90:6
subpoena 79:15
substantial
  91:19
suite 1:20 8:18
sukey 31:18
  37:15 40:24,25
  43:6
supervise 11:12
  11:14
supervision 73:2
  94:12
supervisor 10:14
  10:18 16:3,4,7
  16:8 32:2 46:7
  46:19 47:3
  48:15 56:25
  57:13 59:9
  61:6,7,9
supervisors
  10:13 11:10
  14:16 40:5

John F. Kennedy                    September 14, 2010

59:17 69:19
76:14,18
**supervisory**
53:15 58:22
61:13,17
**support** 17:6
23:12
**supposed** 47:18
61:10
**sure** 15:17 21:14
37:24 43:8,10
50:11 57:18
60:19 65:2
66:9
**surrounding** 55:9
**surveillance**
16:21 18:9,10
18:21 21:9
24:2,10 26:14
**suspects** 56:13
58:11
**suspicion** 87:4
**sutter** 37:11
60:22
**swear** 85:1
**sworn** 4:7 5:22
7:4 13:9,10
16:25 94:9
**sydney** 14:21
**synopsis** 33:19
34:8
**system** 23:24
**systems** 20:20

---

**T**

**tactical** 17:4
18:4 19:2
22:12 23:11
**take** 5:11 7:16
29:15 30:15
32:17,22 34:23
36:22 47:4,19
60:2 67:14
73:19
**taken** 1:12 4:11
5:2 32:24
36:18 57:9
60:3 72:21
84:4 90:2 94:8
**takes** 46:19 61:9
**talk** 5:14 22:3
38:12 63:7
75:18 84:13

**talked** 27:4
31:22 48:2
50:18 52:5
55:13 61:3,21
71:18 76:19
91:2
**talking** 13:15
24:22 31:4
39:2 49:21
58:5 60:25
73:21 84:16
**tampering** 81:2
**tape** 38:20 45:10
55:13 56:2
58:3,6 59:23
75:12,14
**tapes** 53:11
**task** 19:3
**teach** 23:1
**team** 28:2 36:12
52:8,9
**technical** 60:12
**technicians** 45:5
45:6,8 47:7,17
59:3 60:20
**techniques** 22:12
22:19
**techs** 45:18,24
**telephone** 48:3
49:12
**tell** 4:7 5:6
10:8 35:18
36:24 38:12
48:10 49:3
51:5 60:17,18
68:3 73:6 75:5
76:9,13,17
80:8 87:12
89:2,11 90:5
**telling** 29:4
78:14
**temporarily** 11:9
**temporary** 10:5
**tepees** 38:23
**term** 6:23,24
**terms** 34:19
41:17 58:6
80:18
**terrorism** 22:11
**testified** 4:9
83:24
**testimony** 94:9
94:13

**thank** 92:17,18
92:20,22
**thats** 6:6,8,8
7:8,15,17 8:8
8:24 9:1 12:18
12:23 15:4
16:3,10,24
17:1 18:5,8
21:19,20 22:21
23:19 25:2
26:19 28:13
32:13 33:17
36:15 37:7
39:9 40:11
41:5 42:19
43:24 44:22
45:14 46:4,16
46:21 47:2
50:6 51:5,6,7
52:13,14 53:24
53:25 54:1,9
55:22 56:1,2,5
56:16 57:4,23
58:5,13 59:19
60:7 61:11
62:7 63:23
64:24 65:19,23
68:8,12,14
70:3,5 75:4,4
75:5,10 77:13
77:23 79:19
80:1,1,2,25
81:21 82:14
86:20,22 87:2
88:20,23 89:17
**themself** 47:11
**theres** 36:25
37:4 75:18
77:7
**theyre** 8:10 43:4
47:18 50:1,3
65:3 81:8
**thin** 52:10
**thing** 27:2 63:10
63:21 68:18
**things** 5:6 23:22
45:8 50:22
60:9 72:12
73:1,3,12 75:3
81:1
**think** 9:16 10:9
11:7,25 14:20
15:4 19:16

20:6 21:8,14
22:18 24:12
30:17 31:17
44:1 46:10
51:17 52:24
68:18 70:14
74:3,7 75:4,4
75:5 79:14
81:18 87:17
88:4 89:19
91:20
**thorough** 38:19
**thought** 22:7
90:22
**three** 10:10,23
11:20 14:13,24
19:1 20:18,21
56:7 77:2
81:22 82:4
**threw** 77:10
**throwing** 81:1
**thrown** 66:7
87:14
**tickets** 16:2
24:7
**time** 9:4 16:16
17:21 21:10,13
21:21 28:23
31:8,13 34:14
35:7 36:20
37:22 41:17
42:11 43:15,20
44:4 46:16
52:16 53:7,10
53:11 55:5
63:6,6,12 70:6
71:8 78:23
91:10 92:8,19
94:9
**times** 5:6 47:22
**timewise** 63:5
79:18
**today** 12:25
27:12
**todd** 27:21 38:5
61:21 91:7,9
**toe** 31:1
**told** 28:11,13
44:16 49:22
50:22 65:15
69:3 78:16,20
82:23 84:17
87:16 89:18

**tools** 59:14
**top** 9:20 29:17
   29:19 30:6,11
   70:13
**tossed** 66:14
**touching** 57:2
**tow** 29:10,13
   60:2
**towed** 86:15
**traditionally**
   12:14
**traffic** 37:16
   39:18 40:21
   51:22 52:22
   53:5 55:16
**training** 22:3,8
   22:9,11,11,12
   22:13,13,15,17
   22:19 23:5,7,8
   24:18,18,20
   26:21 35:1
   39:19 41:6
**transcribed**
   75:13 94:11
**transcript** 94:13
**transfer** 6:9
**transferred** 7:18
   7:23 17:13
**transit** 56:12
**transmissions**
   51:11
**transport** 13:21
**treat** 40:17
   61:16
**treated** 40:9
   88:2
**truck** 29:10,14
   31:25 60:2
**true** 40:20,20
   85:16,16 94:13
**truth** 4:7,8,8
**try** 31:10
**trying** 35:5
   46:17
**tss** 17:17
**tuck** 31:2
**tuesday** 1:16 4:2
**turned** 79:9
**two** 9:20 29:8,9
   31:1,19 33:7
   40:5,22 41:25
   42:14 43:10
   44:5 70:19,20

   76:22 77:1
   80:18,18
**twoyear** 6:24
**type** 29:18 85:15
   87:18 89:22
**types** 24:12

_____

                U
**ultimately** 39:12
**uncertain** 22:20
**undercover** 24:8
**underneath** 12:16
   12:17 85:14
**understand** 5:15
   8:9 11:16
   36:24 42:15
   44:7,10 46:7
   47:8 49:7
   52:10 54:25
   55:7 77:22
   79:8
**understanding**
   7:6 8:5 32:9
   35:16 37:8,14
   43:19 52:4
   58:19 63:15,24
   78:25 84:18
   87:12
**uniform** 7:16
**union** 6:9 8:12
   8:14
**unions** 8:6
**unit** 17:6 18:19
   18:20,21 60:15
**united** 1:1
**university** 20:16
**ups** 53:21
**use** 5:7 39:3
**usually** 73:20

_____

                V
**value** 57:10
   58:24
**various** 14:2
**vary** 24:15
**vehicle** 29:14
   60:2,23 77:1,4
   81:15 86:22
   89:21
**vehicles** 56:13
   59:14
**verbal** 5:13
**version** 13:24

   68:20
**versus** 25:5
   26:23 33:17
   72:19
**vice** 10:18 12:15
   12:16,17 16:6
   16:9,13,15,22
   16:23 17:13
   18:18 19:3,4
   24:6,6 26:14
**victim** 13:19
**victims** 56:11
   57:11
**view** 30:18
**violation** 14:14
   86:20
**violations** 6:20
   14:4
**violent** 19:2
**virtue** 30:10
   42:16
**visible** 55:23
**voice** 50:21
**voluntarily** 64:7
**vs** 1:5

_____

                W
**wait** 80:21
**waive** 67:13 68:3
**waived** 67:3
**walked** 47:10
**walking** 57:2
**walter** 14:20
   15:3,6
**walton** 14:23
   15:14,14
**want** 5:17 16:17
   16:19 19:1
   20:22 31:20
   34:15 39:7
   69:3 73:12
   88:21 92:16,18
**wanted** 18:6,22
   18:23 20:23
   21:8 73:3,5,11
**warrant** 26:16
   27:8,9 42:15
   68:17 71:15
   75:19 79:15,16
   83:1 89:4
**warrants** 71:12
**wasnt** 40:10
   46:23 76:7

   78:14 80:5
   81:5 86:10
   88:2
**way** 5:23 55:19
**wayne** 1:14 94:6
**weapons** 59:14
**wear** 7:16
**web** 3:13 54:15
**week** 23:4 28:3
   88:4
**weeks** 10:10,23
   11:20 22:6
**went** 6:7 13:3
   16:22,23 22:4
   22:16 24:6,17
   26:12,21 43:22
   43:22 44:3,7
   44:16,19 48:2
   63:6,7,13
   64:10,21,22
   65:14 72:7,16
   72:18 77:4
   78:24 80:3,9
**west** 8:16,17
   29:4,6
**whats** 4:19 38:13
**whend** 20:8
**whered** 13:18
   17:12 20:10
**whereof** 94:19
**white** 31:17,18
**whitney** 14:23
   15:12,13,14
**wife** 10:24
**williams** 14:21
**willie** 15:3
**windowsill** 41:2
**wine** 37:11 44:24
   45:3,19 46:25
   48:6 62:14,15
   62:18,21 64:17
   65:9 66:7
   76:25 77:6
   80:22,24 81:5
   81:7
**wish** 85:1
**witness** 4:6
   32:19 51:17
   70:21 72:1
   73:17 74:3,5
   75:1 76:23,23
   77:1 84:13
   89:8 92:17,20

John F. Kennedy                    September 14, 2010

92:22 94:7,10
94:11,14,19
**witnesses** 3:3
25:16 27:7
56:11 57:12
58:12
**woke** 36:9
**woodward** 1:15
2:3
**work** 8:3,13
10:18 11:2
12:7 13:18
14:6 17:2
18:22 20:5
21:7,8 29:24
46:15
**worked** 6:10 7:22
13:19 18:12
19:25 20:7
21:3,20 26:14
**worker** 17:22
**working** 5:23
7:25 13:12
14:8 19:9 29:9
**wouldnt** 36:1,8,9
40:15 80:9,17
80:17 85:11
**wouldve** 14:22
15:12 18:25
23:15 32:7
33:10,21 35:23
36:5 39:19
40:12 41:21
46:10 48:16
61:1,1 64:16
72:5 87:21
88:19 90:16
**write** 42:24
**writeup** 77:15
**writing** 16:2
**written** 63:19
**wrong** 36:24
**wrote** 24:7 68:5
88:11 89:13

**X**

**Y**

**yeah** 23:8 30:12
44:4 83:17
88:12
**year** 5:25 7:1
10:24 13:8

**years** 10:19,21
14:12 20:7
**yellow** 38:20,23
45:9,12 55:13
56:2 58:6
**young** 92:14
**youre** 4:21 11:23
18:24 22:20
25:15 35:17
38:9 69:1
73:22 75:16
76:3 79:8
84:16
**youve** 6:4 22:3
33:8 50:8
85:18

**Z**

**zeiwagler** 22:24

**0**

**00** 28:25,25 35:4
35:4,11,11
52:25 53:1,1,2
53:3 60:8
**011314** 94:24
**03** 10:3
**07** 3:12 28:5,5
34:2 70:3
72:23,23
**08** 3:11 33:1
**09** 10:3

**1**

**1** 3:11,11 32:25
33:1,5,18 35:6
55:8,8 56:8,8
58:14 74:12,15
74:16 75:8
**10** 4:3
**100** 1:20
**1010189** 1:5
**11** 20:7
**11th** 72:24 73:1
**12** 93:11
**14** 1:16 4:2
**14th** 13:13
**15** 35:10 36:16
41:19 60:8
73:21
**16** 22:6
**1650** 1:15 2:4
**18** 22:7

**19** 13:9
**1982** 20:7
**1983** 20:9
**1988** 19:12,13
**1991** 13:13
**1993** 13:9,14
16:25 17:2
20:7
**1994** 17:12 18:2
18:15
**1995** 16:14,23
18:15

**2**

**2** 3:12 32:10
34:1 35:10
36:16 41:19
60:8 63:12
**20** 73:20 75:15
**2001** 16:12,23
21:12
**2003** 10:1,6 13:2
14:1 15:15
21:11 22:16
**2005** 10:24,25
55:1
**2006** 55:2
**2007** 13:6 15:8,8
15:10 55:3
93:4
**2008** 9:12
**2009** 6:1,4,24
10:6 15:16
**2010** 1:16 4:2
94:21
**203** 55:8 56:8,19
58:14
**22** 3:11 33:1
79:11 90:14
**22nd** 13:9,14
**23** 19:14
**237308** 2:5
**23rd** 94:21
**24** 28:16
**248** 1:21
**24hour** 28:3
**26** 4:3
**28** 5:22 8:16,17
**28145** 1:20
**2nd** 55:1,2

**3**

**3** 3:13 54:14,18

55:4,8 70:3
75:24 76:21
**30** 32:10 52:21
52:21 53:4,6
63:5,16
**313** 1:26 2:5,25
**31st** 6:25
**32** 3:11
**34** 3:12
**35** 63:12

**4**

**4** 3:5 52:21,21
53:4,6 56:8
58:15 63:5,16
**4237234** 1:21
**45** 5:20
**48076** 1:20
**48226** 2:4
**49** 93:11
**4th** 16:12

**5**

**5** 28:25 35:4,11
52:25 53:1,2,3
58:15 60:8
**50** 34:17 56:19
**54** 3:13

**6**

**6** 3:12 28:25
34:2 35:4,11
53:1
**660** 1:15 2:3

**7**

**700** 8:18
**7241965** 4:20

**8**

**8** 3:12 34:2
72:23
**8121** 20:3
**88** 19:12
**8th** 70:12 93:4

**9**

**911** 42:2 51:11
51:12
**92** 3:6
**94** 17:13
**9643611** 1:26
2:25